B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**State Insulation Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>22-1693840 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>525 Johnstone Street<br>Perth Amboy, NJ                      ZIP Code **08861** | Street Address of Joint Debtor (No. and Street, City, and State):                      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                      ZIP Code | Mailing Address of Joint Debtor (if different from street address):                      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**State Insulation Corporation** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **State Insulation Corporation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *Kenneth Rosen* (signature)
Signature of Attorney for Debtor(s)

**Kenneth A. Rosen (KR 4963)**
Printed Name of Attorney for Debtor(s)

**Lowenstein Sandler PC**
Firm Name

**65 Livingston Avenue**
**Roseland, NJ 07068**

Address

**973-597-2500  Fax: 973-597-2400**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signature)*
Signature of Authorized Individual

**George Lionikis, Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**2-23-11**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## List of Largest Asbestos Claimants

| Law Firm | Number of Claimants Represented | Number of Claimants By Type |
|---|---|---|
| Wilentz, Goldman & Spitzer P.A.<br>90 Woodbridge Center Drive<br>Suite 900 Box 10<br>Woodbridge, NJ 07095-0958<br>Attn: Deirdre Woulfe Pacheco, Esq. | 46 | Mesothelioma: 12<br><br>Lung Cancer: 9<br><br>Colon Cancer: 2<br><br>Pulmonary Asbestosis: 12<br><br>Pleural thickening: 11 |
| Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A.<br>340 George Street<br>New Brunswick, NJ 08901 | 24 | Mesothelioma: 0<br><br>Lung Cancer: 0<br><br>Colon Cancer: 0<br><br>Pulmonary Asbestosis: 22<br><br>Pleural thickening: 2 |
| Levy Phillips & Konigsberg, LLP<br>800 Third Ave. 11th Floor<br>New York, NY 10022<br>Attn: Moishe Maimon, Esq. | 7 | Mesothelioma: 6<br><br>Lung Cancer: 1<br><br>Colon Cancer: 0<br><br>Pulmonary Asbestosis: 0<br><br>Pleural thickening: 0 |
| Cohen, Placitella & Roth, PC<br>127 Maple Avenue<br>Red Bank, NJ 07701<br>Attn: Christopher Placitella, Esq. | 5 | Mesothelioma: 3<br><br>Lung Cancer: 1<br><br>Colon Cancer: 0<br><br>Pulmonary Asbestosis: 0<br><br>Pleural thickening: 0 |

| | | |
|---|---|---|
| Early and Strauss, LLC<br>360 Lexington Ave., 20th Floor<br>New York, NY 10017<br>Attn: Mark G. Strauss, Esq. | 4 | Mesothelioma: 3<br><br>Lung Cancer: 0<br><br>Colon Cancer: 0<br><br>Pulmonary Asbestosis: 1<br><br>Pleural thickening: 0 |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Jersey

In re  **State Insulation Corporation**
                                                                  Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H.B. Fuller<br>315 South Hicks Rd.<br>Palatine, IL 60067-6972 | H.B. Fuller<br>315 South Hicks Rd.<br>Palatine, IL 60067-6972 | Trade Debt | | 532,768.15 |
| Johns Manville<br>PO Box 360881M<br>Pittsburgh, PA 15251 | Johns Manville<br>PO Box 360881M<br>Pittsburgh, PA 15251 | Trade Debt | | 211,147.48 |
| Knauf Insulation<br>One Knauf Drive<br>Shelbyville, IN 46176 | Knauf Insulation<br>One Knauf Drive<br>Shelbyville, IN 46176 | Trade Debt | | 123,498.42 |
| ITW Insulation Systems<br>PO Box 72227<br>Cleveland, OH 44192 | ITW Insulation Systems<br>PO Box 72227<br>Cleveland, OH 44192 | Trade Debt | | 116,729.86 |
| ITW India, Ltd.<br>ITW Insulation Systems, 3rd Floor<br>Merchant Tower Road., No. 4<br>Banjara Hills, Hyberdad INDIA | ITW India, Ltd.<br>ITW Insulation Systems, 3rd Floor<br>Merchant Tower Road., No. 4 | Trade Debt | | 93,079.58 |
| Sam Hwa Chemicals Co. Ltd.<br>RM 501 RIVER-VIEW 68-19<br>CHUNGDAM-DONG,<br>KANGNAM-KU<br>SEOUL, KOREA | Sam Hwa Chemicals Co. Ltd.<br>RM 501 RIVER-VIEW 68-19<br>CHUNGDAM-DONG, KANGNAM-KU | Trade Debt | | 89,929.00 |
| Hunter Panels LLC<br>15 Franklin Street<br>Portland, ME 04101 | Hunter Panels LLC<br>15 Franklin Street<br>Portland, ME 04101 | Trade Debt | | 72,525.80 |
| Spagnoletti, Nicholas<br>51 Mountain Avenue<br>Maplewood, NJ 07040 | Spagnoletti, Nicholas<br>51 Mountain Avenue<br>Maplewood, NJ 07040 | Compensation | | 60,800.00 |
| Specified Technologies, Inc.<br>210 Evans Way<br>Somerville, NJ 08876 | Specified Technologies, Inc.<br>210 Evans Way<br>Somerville, NJ 08876 | Trade Debt | | 40,901.62 |
| Thermal Ceramics<br>PO Box 923<br>Augusta, GA 30903 | Thermal Ceramics<br>PO Box 923<br>Augusta, GA 30903 | Trade Debt | | 30,000.00 |
| Guardian Building Products<br>1000 E North Street<br>Albion, MI 49224-0268 | Guardian Building Products<br>1000 E North Street<br>Albion, MI 49224-0268 | Trade Debt | | 23,785.64 |

B4 (Official Form 4) (12/07) - Cont.

In re  State Insulation Corporation
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Certainteed<br>PO Box 7780-5104<br>Philadelphia, PA 19182-5104 | Certainteed<br>PO Box 7780-5104<br>Philadelphia, PA 19182-5104 | Trade Debt | | 22,002.35 |
| Ideal Tape Co., Inc.<br>PO Box 3125<br>Boston, MA 02241-3125 | Ideal Tape Co., Inc.<br>PO Box 3125<br>Boston, MA 02241-3125 | Trade Debt | | 12,274.99 |
| Industrial Insulation Group<br>2100 Line Street<br>Brunswick, GA 31520 | Industrial Insulation Group<br>2100 Line Street<br>Brunswick, GA 31520 | Trade Debt | | 11,155.48 |
| Great Lakes Textiles, Inc.<br>6810 Cochran Road<br>Solon, OH 44139 | Great Lakes Textiles, Inc.<br>6810 Cochran Road<br>Solon, OH 44139 | Trade Debt | | 7,518.10 |
| Valpac Inc.<br>1400 Industrial Park Road<br>Federalsburg, MD 21632 | Valpac Inc.<br>1400 Industrial Park Road<br>Federalsburg, MD 21632 | Trade Debt | | 6,324.20 |
| Integrated Marketing Group<br>1740 W Katella Avenue<br>Suite A<br>Orange, CA 92867 | Integrated Marketing Group<br>1740 W Katella Avenue<br>Suite A<br>Orange, CA 92867 | Trade Debt | | 6,082.50 |
| Roxul<br>420 Bronte Street<br>Milton, Ontario<br>CANADA | Roxul<br>420 Bronte Street<br>Milton, Ontario | Trade Debt | | 3,764.68 |
| Gemco, Inc.<br>PO Box 846<br>Danville, IL 61834-0846 | Gemco, Inc.<br>PO Box 846<br>Danville, IL 61834-0846 | Trade Debt | | 3,649.52 |
| AGM Industries<br>16 Jonathan Drive<br>Brockton, MA 02301 | AGM Industries<br>16 Jonathan Drive<br>Brockton, MA 02301 | Trade Debt | | 3,644.08 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  2-23-11

Signature  _____
George Lionikis, Sr.
President

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re  **State Insulation Corporation**
                                                                Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| George Lionikis, Sr.<br>45 Sherwood Road<br>Colonia, NJ 07067 | Common | 100 shares | |
| Irene Lionikis<br>45 Sherwood Road<br>Colonia, NJ 07067 | Common | 1 share | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2-23-11                                    Signature  /s/ George Lionikis, Sr.
                                                                    George Lionikis, Sr.
                                                                    President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF STATE INSULATION CORPORATION

### DATED: FEBRUARY 23, 2011

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of State Insulation Corporation (the "**Company**"), hereby consent to the adoption of the following corporate resolutions, effective for all purposes as of the date first written above:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, IT IS:

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company and certain subsidiaries under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER that George Lionikis, Jr., Chief Executive Officer, and such other officers as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the law firm of Lowenstein Sandler PC be employed as bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the chapter 11 proceeding, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler PC;

RESOLVED FURTHER, that the Officers of the Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention

24534/2
02/23/2011 15128695.2

agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER, that the Officers of the Company be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

RESOLVED FURTHER that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Board.

RESOLVED FURTHER that these Resolutions may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes; and

RESOLVED FURTHER that these Resolutions may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned members of the Board have executed these Resolutions as of the date first above written.

_____
George Lionikis, Sr.

_____
Irene Lionikis

_____
George Lionikis Jr.