Order Filed on 2/23/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Proposed Counsel to the Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| STATE INSULATION CORPORATION, | Case No. 11-15110 (MBK) |
| Debtor. | |

**ORDER GRANTING APPLICATION FOR**
**EXPEDITED CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: 2/23/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption:  Order Granting Application For Expedited Consideration of First Day Matters
_____

**THIS MATTER** having been opened by State Insulation Corporation, the above-captioned debtor and debtor-in-possession (the "Debtor"), upon the application (the "Application") for expedited consideration of first day matters; and adequate notice of the Application having been given and it appearing that no other or further notice is necessary; and after review of the initial pleadings filed in this case which have been designated by counsel as requiring expedited consideration; and it appearing that the relief requested in the Application is in the best interests of the Debtor and its estate; and for good cause shown; it is hereby

**ORDERED** that the following motions are set for hearing before the Honorable <u>Michael B. Kaplan</u> in Courtroom <u>3</u> located at the United States Bankruptcy Court, 402 East State Street, ~~1st~~ <u>2nd</u> Floor, Trenton NJ 08608, at the date and time set forth below:

1. Motion for an Order Pursuant to Fed. R. Bankr. P. 1007(c) Granting the Debtor an Extension of Time to File Schedules and Statement of Financial Affairs.  
   <u>February</u> <u>24</u>, 2011 at <u>12:00</u> ~~a.m.~~/p.m.

2. Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(c) and 1107 (i) Authorizing the Debtor to Continue and Maintain its Existing Cash Management System, Bank Accounts and Business Forms and (ii) Granting Related Relief.  
   <u>February</u> <u>24</u>, 2011 at <u>12:00</u> a.m./p.m. (noon)

3. Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 507(a) (i) Authorizing the Debtor to Pay Prepetition Wages and Salaries and Related Obligations and Taxes and (ii) Directing All Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations.  
   <u>February</u> <u>24</u>, 2011 at <u>12:00</u> ~~a.m.~~/p.m. (noon)

4. Motion for the Entry of an Interim Order and Final Order (i) Prohibiting Utility Companies From Discontinuing, Altering or Refusing Service on Account of Prepetition Invoices, (ii) Deeming Utility Companies to Have Adequate Assurance of Future Payment and (iii) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) and 366.  
   <u>February</u> <u>24</u>, 2011 at <u>12:00</u> ~~a.m.~~/p.m. (noon)

*Approved by Judge Michael Kaplan February 23, 2011*

Page: 3
Debtor: State Insulation Corporation
Case No.: 11-15110 (   )
Caption: Order Granting Application For Expedited Consideration of First Day Matters
_____

5. Debtor's Motion for an Order (I) Authorizing the Debtor to Use Cash Collateral and Provide Adequate Protection; (II) Authorizing the Debtor to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105(a) and 364(c); (III) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (iv) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001; and (V) Granting Related Relief     ___February___ _24_, 2011 at _12:00_ a.m./p.m.

6. Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 507(a)(8) and 541 (I) Authorizing the Debtor to Pay Prepetition Sales Taxes and (II) Directing All Banks to Honor Checks and Transfers Related Thereto     ___February___ _24_, 2011 at _12:00_ a.m./p.m.

*Approved by Judge Michael Kaplan February 23, 2011*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: wromero              Page 1 of 1                  Date Rcvd: Feb 23, 2011
Case: 11-15110                Form ID: pdf903            Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 25, 2011.
db           +State Insulation Corporation,   525 Johnstone Street,   Perth Amboy, NJ 08861-3366

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                         **Signature:** _Joseph Speetjens_