UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

---

In re:

STATE INSULATION CORPORATION,

    Debtor.

Chapter 11

Case No. 11-15110 (MBK)

### ORDER PURSUANT TO 11 U.S.C. §§ 327, 328 AND 1107 AND FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISORS TO THE DEBTOR <u>EFFECTIVE AS OF THE PETITION DATE</u>

   The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

Page:    2
Debtor:  State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption: Order Pursuant to 11 U.S.C. §§ 327, 328 and 1107 and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of J.H. Cohn LLP as Financial Advisor to the Debtor Effective as of the Petition Date

---

Upon consideration of the application (the "**Application**")[1] of State Insulation Corporation, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), for entry of an order, pursuant to sections 327, 328 and 1107 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**") authorizing the Debtor to employ and retain J.H. Cohn LLP ("**JHC**") as financial advisors to the Debtor, effective as of February 23, 2011 (the "**Petition Date**"); and upon consideration of the Certification of Bernard A. Katz in support of the Application; and the Court being satisfied that J.H. Cohn represents no interest adverse to the Debtor in the matters with respect to which J.H. Cohn is to be employed; and notice of the Application being sufficient; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted.

2. Pursuant to sections 327, 328, and 1107 of the Bankruptcy Code, the Debtor is authorized to employ and to retain J.H. Cohn, effective as of the Petition Date, to serve as the Debtor's financial advisors in the above-captioned case.

3. J.H. Cohn shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as may be fixed by order of this Court.

4. The Indemnification Provisions set forth in the Application are hereby aprpoved.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

Page:      3
Debtor:    State Insulation Corporation
Case No.:  11-15110 (MBK)
Caption:   Order Pursuant to 11 U.S.C. §§ 327, 328 and 1107 and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of J.H. Cohn LLP as Financial Advisor to the Debtor Effective as of the Petition Date

---

5.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.