**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Proposed Counsel to the Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

### CERTIFICATION OF SERVICE

I, *Diane C. Lavin*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, proposed counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

2. On Tuesday, March 8, 2011 I caused copies of the following documents to be served upon all parties on the service list annexed hereto as *Exhibit A* via First Class Mail:

- Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327, 328 and 1107 and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Lowenstein Sandler PC as Counsel to the Debtor (Proposed Order attached) [Docket No. 49]; and

- Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327, 328 and 1107 and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of J.H. Cohn LLP as Financial Advisors to the Debtor Effective as of the Petition Date (Proposed Order attached [Docket No. 50].

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   March 8, 2011                                      */s/ Diane C. Lavin*
                                                                                Diane C. Lavin

**Exhibit "A"**
**STATE INSULATION CORPORATION**
Rule 2002 Service List
Updated: March 8, 2011

| | |
|---|---|
| State Insulation Corporation<br>525 Johnstone Street<br>Perth Amboy, NJ 08861<br>*Chapter 11 Debtor* | United States Trustee<br>U.S. Department of Justice<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq. |
| New Jersey Division of Taxation<br>Attn: Bankruptcy Notices Division<br>50 Barrack Street<br>CN 269<br>Trenton, NJ 08646 | Securities & Exchange Commission<br>Attn: Bankruptcy Notices Division<br>450 Fifth Street NW, Room 6228<br>Mail Stop 6-6<br>Washington, DC 20549 |
| United States Attorney<br>District of New Jersey<br>Attn: Bankruptcy Notices Division<br>970 Broad Street<br>Newark, NJ 07102 | Attorney General of the US<br>Attn: Bankruptcy Notices Division<br>Department of Justice<br>Constitution Avenue & 10th Street NW<br>Washington, DC 20530 |
| Office of the Attorney General<br>Attn: Bankruptcy Notices Division<br>P.O. Box 080<br>Hughes Justice Center<br>25 W. Market Street<br>Trenton, NJ 08625 | Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 |
| Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>1040 Waverly Avenue<br>Stop 02<br>Holtsville, NY 11742 | Litwin & Tierman, P.A.<br>Attn: Gerald H. Litwin, Esq.<br>2 University Plaza<br>Hackensack, New Jersey 07601,<br>*Counsel for I&G Lending LLC* |
| H.B. Fuller<br>315 South Hicks Road<br>Palatine, IL 60067-6972 | Johns Manville<br>717 17th Street<br>Denver, CO 80202 |

ITW Insulation Systems
P.O. Box 72227
Cleveland, OH  44192

ITW India, LTd.
ITW Insulation Systems
3rd Floor
Merchant Tower Road, No. 4
Banjara Hills, Hyberdad INDIA

Knauf Insulation
One Knauf Drive
Shelbyville, IN  46176

Hunter Panels LLC
15 Franklin Street
Portland, ME  04101

Nicholas Spagnoletti
51 Mountain Avenue
Maplewood, NJ  07040

Thermal Ceramics
PO Box 923
Augusta, GA  30903

Specified Technologies, Inc.
210 Evans Way
Somerville, NJ  08876

Sam Hwa Chemicals Co., Ltd.
RM 501 River-View 68-19
Chungdam-Dong, Kangnan-Ku
Seoul, KOREA

Certainteed
PO Box 7780-5104
Philadelphia, PA  19182-5104

Ideal Tape Co., Inc.
PO Box 3125
Boston, MA  02241-3125

Guardian Building Products
1000 E. North Street
Albion, MI 49224-0268

Industrial Insulation Group
2100 Line Street
Brunswick, GA 31520

Great Lakes Textiles, Inc.
6810 Cochran Road
Solon, OH 44139

Valpac Inc.
1400 Industrial Park Road
Federalsburg, MD 21632

Integrated Marketing Group
1740 W Katella Avenue
Suite A
Orange, CA 92867

Roxul
420 Bronte Street
Milton, Ontario
CANADA

Gemco, Inc.
PO Box 846
Danville, IL 61834-0846

AGM Industries
16 Jonathan Drive
Brockton, MA 02301