NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS, LLP
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1600
Proposed Attorneys for
 Official Committee of Unsecured Asbestos Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------X
In re:                                      :
                                            :
STATE INSULATION                            :
  CORPORATION,                              :       CASE NO.  11-15110 (MBK)
                                            :
            Debtor.                         :       Chapter 11
-------------------------------------------X

## CERTIFICATION OF COMPLIANCE WITH D.N.J. LBR 2014-1

NANCY ISAACSON, of full age, hereby certifies as follows:

On this date, I caused the following papers to be filed and served, as follows:

| | |
|---|---|
| DOCUMENTS: | Verified Application to Approve Employment of Greenbaum, Rowe, Smith & Davis, LLP ("GRSD") as Attorneys for the Official Committee of Unsecured Asbestos Claimants; |
| | Affidavit of Proposed Attorneys; |
| | Proposed Order Approving Employment of GRSD as Attorneys for the Official Committee of Unsecured Asbestos Claimants; and |
| | This Certification of Compliance with D.N.J. LBR 2014-1 |

Page 1 of 2

::ODMA\PCDOCS\GRSDOCS\1287906\1
1287906.01

FILED WITH:
(Method of Filing)

James J. Waldron, Clerk
United States Bankruptcy Court
402 East State Street, 2nd Floor
Trenton, New Jersey 08608
(Electronic)

COPIES SERVED UPON:
(Method of Service)

United States Trustee's Office
One Newark Center
Raymond Blvd.
Suite 2100
Newark, New Jersey 07102
(Electronic)

Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
Thomas A. Pitta, Esq.
Lowenstein Sandler
65 Livingston Avenue
Roseland, New Jersey 07068
(Debtor's Counsel)
(Electronic)

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Nancy Isaacson
NANCY ISAACSON

Dated: March 16, 2011

::ODMA\PCDOCS\GRSDOCS\1287906\1
1287906.01