## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **STATE INSULATION CORPORATION,** | **Case No.  11-15110 (MBK)** |
| **Debtor.** | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On February 23, 2011 (the "Petition Date"), State Insulation Corporation, the above-captioned debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), Case No. 11-15110 (MBK).  The Debtor continues to operate its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its advisors, has prepared its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to all of the Schedules and Statements.  While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist in the Schedules and Statements.  Moreover, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  Nothing contained in the Schedules or Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to this chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers.  These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.  **Amendments** – The Debtor reserves its right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

2. **Dates** – Unless otherwise indicated, the information provided is as of the close of business on February 22, 2011.

3. **Global Notes Control.** In the event the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

4. **Estimates and Assumptions** – The preparation of the Schedules and Statements requires the Debtor to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

5. **Unknown Amounts** – Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtor's liabilities.

6. **Prepetition v. Post-Petition** – The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research that was conducted with the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7. **GAAP** – Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8. **Asset Values** – It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtor's property interests are reflected the applicable Schedule. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. And, unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

9. **Challenge of Liens** – Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves the right to dispute or to challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all of their rights to dispute or to challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

10. **Cash** – Cash balances in the Debtor's bank accounts set forth in the SOAL Schedule B are based on the book balance as of the Petition Date.

11. **Setoff or Recoupment Rights** – The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties have been listed on Schedule F.

12. **Unsecured Nonpriority Claims** - In the normal course of business the Debtor is entitled to receive certain volume related rebates from vendors. These rebates may or may not be reflected in the amounts listed as unsecured nonpriority claims in Schedule F. To the extent amounts listed on Schedule F do not reflect such rebates, the Debtor retains the right to offset the claim by the amount of the rebate.

13. **Related Party Accounts** – The Debtor maintains payable and receivable balances among themselves and non-debtor related parties, and such amounts have been included in the preparation of the Schedules and Statements.

14. **Payments Made within 90 Days prior to the Petition Date** – Payments made by the Debtor within 90 days prior to the Petition Date have been classified by the Debtor based on the owner of the various accounts from which disbursements were made.

15. **Significant Orders** – Pursuant to certain "first day" orders issued by the Court on February 25, 2011, the Debtor was authorized to pay certain outstanding pre-petition claims, including, without limitation: (a) claims relating to prepetition wages, salaries, compensation, and employee benefits and reimbursable employee expenses; and (b) claims relating to prepetition sales and use taxes. In addition, pursuant to an order issued by the Court on March 14, 2011, the Debtor was authorized to pay pre-petition general unsecured claims in the ordinary course of business. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under these orders. To the extent such claims have been paid, they may not be listed on the Schedules and Statements. To the extent any such claim is listed on the Schedules and Statements, inadvertently or otherwise, the Debtor does not waive any right to amend the Schedules and Statements or subsequently object to such claims.

16. **Executory Contracts and Unexpired Leases** – For purposes of the Schedules and Statements, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executor agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of their rights to dispute or to challenge the characterization of the

structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may or may not be included on Schedule G.  But the Debtor reserves the right to assert that such agreements constitute executory contracts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are hereby reserved and preserved.

17. **Causes of Action** – The Debtor reserves all of their causes of action.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with these chapter 11 cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

18. **Insiders** – In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtor's (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control).  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

19. **Summary of Significant Reporting Policies and Practices** – The following conventions were adopted by the Debtor in preparation of the Schedules and Statements:

    a. Fair Market Value; Book Value – Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtor's books and records.  Where the current market value of assets is unknown, the Debtor has based its valuation on book values; however, particularly with respect to machinery and equipment, the Debtor believes the actual value may be substantially lower.  Where known, accumulated depreciation of assets has been noted.

    b. Inventories – Inventories are valued in the Schedules and Statements at the values indicated on the Debtor's books and records.

    c. Leased Real and Personal Property – In the ordinary course of its business, the Debtor leases real property and various articles of personal property, including, without limitation, furniture, fixtures and equipment, from certain third-party lessors.  All such leases are set forth in the Schedules and Statements. The property subject to leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtor or property or assets of third-

parties within the control of the Debtor.   But nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtor reserves all of this rights with respect to all such issues.

d.   Schedule B16 – For simplicity purposes, the Debtor combined all receivables relating to customer accounts (and the related deferred revenue accounts) into summarized line items.   Denoting each agreement would have proved unduly burdensome and cost prohibitive.   If necessary, the Debtor is willing and able to provide a detailed listing of all such receivables derived from customer agreements.

e.   Schedule B29 – For simplicity purposes, the Debtor combined all equipment used in the ordinary course of their business into a summarized line-item.   If necessary, the Debtor is willing and able to provide a detailed listing of all such equipment denoted in Schedule B29.

f.   Employee Claims – The Bankruptcy Court entered an order authorizing the Debtor to pay prepetition wages, salaries, benefits and other related obligations for the Debtor's approximately 23 employees employed as of the Petition Date. Accordingly, only employee claims against the Debtor for pre-petition amounts that have not been paid as of the time that the Schedules and Statements were prepared, if any, and employee claims for items not authorized to be paid by order of the Bankruptcy Court, if any, have been included in the Schedules and Statements.

g.   Disputed, Contingent and/or Unliquidated Claims – Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated.   A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.   The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information herein.   While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.   The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or recategorized.   In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

| | | | |
|---|---|---|---|
| In re | **State Insulation Corporation** | Case No. | **11-15110 (MBK)** |
| | Debtor | Chapter | **11** |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 4,162,062.69 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 1,683,271.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| | Total Assets | | 4,162,062.69 | | |
| | | Total Liabilities | | 2,183,271.35 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    **State Insulation Corporation**                                    Case No.    **11-15110 (MBK)**

                                                        Debtor

Chapter                                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **State Insulation Corporation**                                    ,    Case No.    __11-15110 (MBK)__
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **State Insulation Corporation**                                          ,    Case No.    **11-15110 (MBK)**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash - 525 Johnstone Street, Perth Amboy, NJ** | **-** | **1,060.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank PO Box 659754 San Antonio, TX 78265 Operating Account No. Ending 9433** | **-** | **394,932.91** |
| | | **JP Morgan Chase Bank PO Box 659754 San Antonio, TX 78265 Savings Account No. Ending 9976** | **-** | **46.93** |
| | | **JP Morgan Chase Bank PO Box 659754 San Antonio, TX 78265 Checking Account No. Ending 9549** | **-** | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total ><br>(Total of this page) | 396,539.84 |
|---|---|---|

__3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,      Case No.   **11-15110 (MBK)**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Zurich American Insurance Company Commercial General Liability Policy No. CPO584210208** | - | **Unknown** |
| | | **National Union Fire Ins Co Pittsburgh Umbrella Liability Policy No. BE085827986** | - | **Unknown** |
| | | **Zurich American Insurance Company Business Personal Property Policy No. CPO584210208** | - | **Unknown** |
| | | **New Jersey Manufacturers Insurance Company Automobile Liability Policy No. C 433909-9** | - | **Unknown** |
| | | **New Jersey Manufacturers Insurance Company Workers Compensation Insurance Policy No. W/13323-1** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Receivables, Net of Reserve for Bad Debts** | - | **2,329,722.47** |

Sub-Total >      **2,329,722.47**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,    Case No.   **11-15110 (MBK)**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | See B29 | | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  |  | Sub-Total > | 0.00 |
|---|---|---|---|
|  |  | (Total of this page) |  |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **State Insulation Corporation**                                    Case No.   **11-15110 (MBK)**
                                                              ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | See B29 | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Property, Plant and Equipment - Office Equipment, Net of Depreciation | - | 0.00 |
| | | Property, Plant and Equipment - Machinery, Net of Depreciation | - | 0.00 |
| | | Property, Plant and Equipment - Vehicles, Net of Depreciation | - | 36,670.06 |
| | | Property, Plant and Equipment - Leasehold Improvements, Net of Depreciation | - | 61,309.00 |
| 30. Inventory. | | Inventory, Net of Valuation Reserves | - | 1,159,178.86 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Other Personal Property - Prepaid Insurance | - | 9,724.25 |
| | | Other Personal Property - Prepaid Expenses, Rents | - | 20,258.44 |
| | | Other Personal Property - Prepaid NYC Tax | - | 1,681.00 |
| | | Other Personal Property - Prepaid NYS Tax | - | 3,511.53 |
| | | Other Personal Property - NJCBT | - | 2,080.00 |
| | | Other Personal Property - PA Department of Revenue Corp Texes | - | 753.00 |
| | | Other Personal Property - Lowenstein Sandler Retainer | - | 103,081.75 |
| | | Other Personal Property - J.H. Cohn Retainer | - | 36,000.00 |
| | | Other Personal Property - Prepaid Expenses, Tolls | - | 1,352.49 |
| | | Other Personal Property - Advances Drivers | - | 200.00 |

|  |  |
|---|---|
| Sub-Total > | **1,435,800.38** |
| (Total of this page) | |
| Total > | **4,162,062.69** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **State Insulation Corporation**                                          ,    Case No.    **11-15110 (MBK)**
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **State Insulation Corporation**                                          ,      Case No.    **11-15110 (MBK)**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 07/13/2010 | | | | | |
| | | | | | | | | |
| **I&G Lending, LLC** | | | **Note** | | | | | |
| **c/o George Lionikis, Sr.** | | | | | | | | |
| **45 Sherwood Road** | - | | **All personal property and fixtures of the Debtor** | | | | | |
| **Colonia, NJ 07067** | | | | | | | | |
| | | | Value $            **0.00** | | | | **500,000.00** | **0.00** |
| Account No. | | | **Accrued interest on note** | | | | | |
| | | | | | | | | |
| **I&G Lending, LLC** | | | | | | | | |
| **c/o George Lionikis, Sr.** | | | | | | | | |
| **45 Sherwood Road** | - | | | | | | | |
| **Colonia, NJ 07067** | | | | | | | | |
| | | | Value $            **0.00** | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

|  | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | **500,000.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **500,000.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **State Insulation Corporation** ,                    Case No.  __11-15110 (MBK)__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **State Insulation Corporation**                                          ,      Case No.   __11-15110 (MBK)__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **1-2-3 Quick Print 297 New Brunswick Ave Perth Amboy, NJ 08861** | - | | | | | | 567.70 |
| Account No. | | | Trade Debt | | | | |
| **Acudor Products Inc. 80 Little Falls Road Fairfield, NJ 07004** | - | | | | | | 359.50 |
| Account No. | | | Trade Debt | | | | |
| **Advanced Micro Distribution 18A Campus Drive Edison, NJ 08837** | - | | | | | | 90.95 |
| Account No. | | | Trade Debt | | | | |
| **AGM Industries 16 Jonathan Drive Brockton, MA 02301** | - | | | | | | 3,660.40 |
| | | | Subtotal (Total of this page) | | | | 4,678.55 |

__38__  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:25940-101201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                    ,          Case No.   **11-15110 (MBK)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Alcoa Fastening Systems/Marson**<br>**44 Campanelli Pkwy**<br>**Stoughton, MA 02072** | - | | | | | | 312.94 |
| Account No. **Docket No. L-7018-09** | | | Litigation | | | | |
| **Alexander Kerezsi**<br>**c/o Wysoker, Glassner, Weingartner,**<br>**Gonzalez & Lockspeiser P.A.**<br>**340 George Street**<br>**New Brunswick, NJ 08901** | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-10983-08** | | | Litigation | | | | |
| **Alfred Costen**<br>**c/o Wilentz, Goldman & Spitzer P.A.**<br>**Attn: Deirdre Woulfe Pacheco, Esq.**<br>**90 Woodbridge Center Drive, Suite 900**<br>**Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-567-10** | | | Litigation | | | | |
| **Alfred Peaney**<br>**c/o Wilentz, Goldman & Spitzer P.A.**<br>**Attn: Deirdre Woulfe Pacheco, Esq.**<br>**90 Woodbridge Center Drive, Suite 900**<br>**Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Allround Forwarding Co, Inc.**<br>**134 West 26th Street  10th Floor**<br>**New York, NY 10001** | - | | | | | | 2,131.45 |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,444.39

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                                       ,          Case No.    **11-15110 (MBK)**
                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade Debt | | | | |
| Allstate Insulation Corp 56-23 55th Avenue Maspeth, NY 11378 | | | | | | | | 16,052.49 |
| Account No. | | - | | Trade Debt | | | | |
| Allstate Insulation, LLC 70 South Gotwalt Street York, PA 17404 | | | | | | | | 5,675.06 |
| Account No. **Index No. 105458/02** | | - | | Litigation | X | X | X | |
| Alton R. Steward c/o Early and Strauss, LLC Attn: Mark G. Strauss, Esq. 360 Lexington Ave., 20th Floor New York, NY 10017 | | | | | | | | Unknown |
| Account No. **Docket No. L-8062-10** | | - | | Litigation | X | X | X | |
| Antonio Spina c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | | | | | | | Unknown |
| Account No. | | - | | Trade Debt | | | | |
| Aramsco 18 India Street Brooklyn, NY 11222 | | | | | | | | 700.81 |

Sheet no. __2__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          22,428.36

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation__ , Case No. __11-15110 (MBK)__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Index No. 113860/02** | | | | Litigation | | | | |
| **Arthur Hammond c/o Early and Strauss, LLC Attn: Mark G. Strauss, Esq. 360 Lexington Ave., 20th Floor New York, NY 10017** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Aztec Washer Company, Inc. 13821 Danielson Street Poway, CA 91789** | - | | | | | | | **4,538.34** |
| Account No. **Docket No. L-7002-09** | | | | Litigation | | | | |
| **Bernard Briggs c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Buckaroos Inc. 9635 Park Davis Drive Indianapolis, IN 46235** | - | | | | | | | **1,280.66** |
| Account No. | | | | Trade Debt | | | | |
| **C.H. Robinson Worldwide, Inc. 1840 N Marcey Chicago, IL 60614** | - | | | | | | | **594.23** |

Sheet no. __3__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **6,413.23**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation_____,    Case No. __11-15110 (MBK)_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Calico Products 3500 Meade Avenue Las Vegas, NV 89103 | - | | | | | | 2,366.00 |
| Account No. | | | Trade Debt | | | | |
| Campbell Freightliner LLC 180 Talmadge Road Edison, NJ 08818-0770 | - | | | | | | 339.20 |
| Account No. | | | Trade Debt | | | | |
| Carpenter & Paterson Inc. 369 Jefferson Ave Saddle Brook, NJ 07663 | - | | | | | | 413.00 |
| Account No. Docket No. L-6924-10 | | | Litigation | | | | |
| Cecil Orender c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. | | | For Notice Purposes Only | | | | |
| Centennial Insurance Company 100 Wall Street New York, NY 10005-3743 | - | | | | | | 0.00 |

Sheet no. __4___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,118.20

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                                            , Case No. __11-15110 (MBK)__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Certainteed**<br>**PO Box 7780-5104**<br>**Philadelphia, PA 19182-5104** | | - | | | | | **39,296.67** |
| Account No. | | | Trade Debt | | | | |
| **Certegy Check Services, Inc.**<br>**601 Riverside Avenue**<br>**Jacksonville, FL 32204** | | - | | | | | **50.00** |
| Account No. **Docket No. L-5018-08** | | | Litigation | | | | |
| **Charles Barnes**<br>**c/o Cohen, Placitella & Roth, PC**<br>**Attn: Christopher Placitella, Esq.**<br>**127 Maple Avenue**<br>**Red Bank, NJ 07701** | | - | | X | X | X | **Unknown** |
| Account No. **Docket No. L-2562-08** | | | Litigation | | | | |
| **Charles Busch**<br>**c/o Wilentz, Goldman & Spitzer P.A.**<br>**Attn: Deirdre Woulfe Pacheco, Esq.**<br>**90 Woodbridge Center Drive, Suite 900**<br>**Woodbridge, NJ 07095** | | - | | X | X | X | **Unknown** |
| Account No. **Docket No. L-6994-09** | | | Litigation | | | | |
| **Charles Sawler**<br>**c/o Wilentz, Goldman & Spitzer P.A.**<br>**Attn: Deirdre Woulfe Pacheco, Esq.**<br>**90 Woodbridge Center Drive, Suite 900**<br>**Woodbridge, NJ 07095** | | - | | X | X | X | **Unknown** |

Sheet no. __5__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                          **39,346.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                          , Case No. **11-15110 (MBK)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-6171-09** | | | Litigation | | | | |
| Charles Strang c/o Keefe Bartels, L.L.C. Attn: John E. Keefe Jr. 170 Monmouth Street Red Bank, NJ 07701 | - | | | X | X | X | Unknown |
| Account No. **Index No. 190371/10** | | | Litigation | | | | |
| Chung Soon O'Dwyer c/o Early and Strauss, LLC Attn: Mark G. Strauss, Esq. 360 Lexington Ave., 20th Floor New York, NY 10017 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| Citi Coffee LLC PO Box 462 Pompton Plains, NJ 07444 | - | | | | | | 36.00 |
| Account No. | | | Trade Debt | | | | |
| Concentra Medical Centers 135 Raritan Center Parkway Edison, NJ 08837 | - | | | | | | 57.50 |
| Account No. **Docket No. L-6751-09** | | | Litigation | | | | |
| Daniel Ward c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |

Sheet no. **6** of **38** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **State Insulation Corporation**                                  ,        Case No.    **11-15110 (MBK)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-3588-09** | | | Litigation | | | | |
| **David Konczal c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-676-11** | | | Litigation | | | | |
| **David McEachern c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-7840-09** | | | Litigation | | | | |
| **David Taborelli c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-1372-11** | | | Litigation * The Debtor has not been served with process but is aware of the existence of this litigation. | | | | |
| **Direct Coast to Coast, LLC Selective Transportation Corp. c/o Ronald Horowitz, Esq. 14 Tindall Road Middletown, NJ 07748** | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-7559-06** | | | Litigation | | | | |
| **Donald Cunningham c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | | - | | X | X | X | Unknown |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,        Case No.  **11-15110 (MBK)**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-3700-07** | | | Litigation | | | | |
| **Donald Green** **c/o Wysoker, Glassner, Weingartner,** **Gonzalez & Lockspeiser P.A.** **340 George Street** **New Brunswick, NJ 08901** | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-5433-10** | | | Litigation | | | | |
| **Dorothy Stewart** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-5957-08** | | | Litigation | | | | |
| **Douglas Cerbie** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Dow Chemical Company** **2030 Willard H. Dow Center** **Midland, MI 48674** | - | | | | | | 20,791.80 |
| Account No. **Docket No. L-9020-09** | | | Litigation | | | | |
| **Edmund Borel** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |

Sheet no. __8__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,791.80

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                                              ,          Case No.   **11-15110 (MBK)**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **Docket No. L-8955-10** | | | | | Litigation | | | | |
| Edna Stewart c/o Seeger Weiss LLP 550 Broad Street, Suite 920 Newark, NJ 07102 | | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-8802-10** | | | | | Litigation | | | | |
| Edward Cook c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-9996-09** | | | | | Litigation | | | | |
| Edward Muraszko c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | | - | | | | X | X | X | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| Essential Enterprise Solutions 100 Sterling Parkway, Suite 100 Mechanicsburg, PA 17050 | | - | | | | | | | 417.30 |
| Account No. **Docket No. L-5838-06** | | | | | Litigation | | | | |
| Estate of Charles Glock c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | | - | | | | X | X | X | Unknown |

Sheet no. __9___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        417.30

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,    Case No.   **11-15110 (MBK)**
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Docket No. L-2464** | | | Litigation | | | | |
| **Estate of Willard Hall c/o Keefe Bartels, L.L.C. Attn: John E. Keefe Jr. 170 Monmouth Street Red Bank, NJ 07701** | - | | | X | X | X | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Express Personnel Services PO Box 730039 Dallas, TX 75373-0039** | - | | | | | | **785.40** |
| Account No. | | | Trade Debt | | | | |
| **Federal Express Corp. PO Box 1140 Dept. A Memphis, TN 38101-1140** | - | | | | | | **420.95** |
| Account No. | | | For Notice Purposes Only | | | | |
| **Federal Insurance Company Chubb Group of Insurance Companies 15 Mountain View Road Warren, NJ 07059** | - | | | | | | **0.00** |
| Account No. | | | Trade Debt | | | | |
| **Fleetwash, Inc. P.O. Box 1577 W. Caldwell, NJ 07007** | - | | | | | | **37.51** |

Sheet no. __**10**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,243.86**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **State Insulation Corporation**                                    ,      Case No.   **11-15110 (MBK)**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-2953-09** | | | | Litigation | | | | |
| **Francis Traczyk** **c/o Wysoker, Glassner, Weingartner,** **Gonzalez & Lockspeiser P.A.** **340 George Street** **New Brunswick, NJ 08901** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-3229-07** | | | | Litigation | | | | |
| **Frank Kukla** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-4112-08** | | | | Litigation | | | | |
| **Frank Valenti** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-2520-09** | | | | Litigation | | | | |
| **Freida Dowling** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |
| Account No. | | | | Rent | | | | |
| **G&I Realty LLC** **525 Johnstone Street** **Perth Amboy, NJ 08861** | - | | | | | | | 28,368.18 |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           28,368.18

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation__ ,     Case No. __11-15110 (MBK)__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-1628-09** | | | Litigation | | | | |
| Gary Chaven c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| Gemco, Inc. PO Box 846 Danville, IL 61834-0846 | - | | | | | | 2,521.56 |
| Account No. **Docket No. L-2090-10** | | | Litigation | | | | |
| George Barbuty c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-1053-10** | | | Litigation | | | | |
| George Burgess c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-106-09** | | | Litigation | | | | |
| George Hicks c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |

Sheet no. __12__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,521.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,       Case No.  **11-15110 (MBK)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-725-11** | | | | Litigation | | | | |
| **George Marc-Aurele** **c/o Wysoker, Glassner, Weingartner,** **Gonzalez & Lockspeiser P.A.** **340 George Street** **New Brunswick, NJ 08901** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-3610-09** | | | | Litigation | | | | |
| **George Norton** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |
| Account No. **Index No. 108464/02** | | | | Litigation | | | | |
| **Gerald C. Himmelsbach** **c/o Early and Strauss, LLC** **Attn: Mark G. Strauss, Esq.** **360 Lexington Ave., 20th Floor** **New York, NY 10017** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Gerard Daniel Worldwide** **34 Barnhart Drive** **Hanover, PA 17331** | - | | | | | | | 1,021.45 |
| Account No. **Docket No. L-1672-10** | | | | Litigation | | | | |
| **Giuseppe DiMeglio** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |

Sheet no. __13__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,021.45

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                                          ,        Case No.    **11-15110 (MBK)**
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Great Lakes Textiles, Inc.** **6810 Cochran Road** **Solon, OH 44139** | | - | | | | | 8,215.58 |
| Account No. | | | Trade Debt | | | | |
| **Guardian Building Products** **1000 E North Street** **Albion, MI 49224-0268** | | - | | | | | 19,690.63 |
| Account No. | | | Trade Debt | | | | |
| **H.B. Fuller** **315 South Hicks Rd.** **Palatine, IL 60067-6972** | | - | | | | | 533,568.15 |
| Account No. | | | Trade Debt | | | | |
| **Harbison-Walker Refractories Co** **Cherrington Corporate Center** **400 Fairway Drive** **Moon Township, PA 15108** | | - | | | | | 864.00 |
| Account No.  **Docket No. L-6161-09** | | | Litigation | | | | |
| **Harry Bartlett** **c/o Levy Phillips & Konigsberg, LLP** **Attn: Moishe Maimon, Esq.** **800 Third Ave. 11th Floor** **New York, NY 10022** | | - | | X | X | X | Unknown |

Sheet no.  **14**  of  **38**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

562,338.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                    ,        Case No.   **11-15110 (MBK)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-5531-08** | | | Litigation | | | | |
| **Harry Pritchard c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-6665-09** | | | Litigation | | | | |
| **Henry Ostermann c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | X | X | X | Unknown |
| Account No. **Index No. 112140/98** | | | Litigation | | | | |
| **Hugh Madden c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022** | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Hunter Panels LLC 15 Franklin Street Portland, ME 04101** | - | | | | | | 69,383.16 |
| Account No. | | | Trade Debt | | | | |
| **ICA Inc. PO Box 436 South Plainfield, NJ 07080** | - | | | | | | 216.24 |

Sheet no. _**15**_ of _**38**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    69,599.40

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                                              Case No.    **11-15110 (MBK)**
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Ideal Tape Co., Inc.**<br>**PO Box 3125**<br>**Boston, MA 02241-3125** | | - | | | | | 12,274.99 |
| Account No. | | | Trade Debt | | | | |
| **Industrial Insulation Group**<br>**2100 Line Street**<br>**Brunswick, GA 31520** | | - | | | | | 11,155.48 |
| Account No. | | | For Notice Purposes Only | | | | |
| **Insurance Company of North America**<br>**ACE USA**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106** | | - | | | | | 0.00 |
| Account No. | | | Trade Debt | | | | |
| **Integrated Marketing Group**<br>**1740 W Katella Avenue**<br>**Suite A**<br>**Orange, CA 92867** | | - | | | | | 6,082.50 |
| Account No. | | | Trade Debt | | | | |
| **Intersource USA Inc**<br>**P.O. Box 6026**<br>**East Brunswick, NJ 08816** | | - | | | | | 533.70 |

Sheet no. __16__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     30,046.67

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                  ,     Case No.    **11-15110 (MBK)**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-1386-09** | | | Litigation | | | | |
| Isaisas Morales c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| ITW India, Ltd. ITW Insulation Systems, 3rd Floor Merchant Tower Road., No. 4 Banjara Hills, Hyberdad INDIA | - | | | | | | 134,723.10 |
| Account No. | | | Trade Debt | | | | |
| ITW Insul Sys/Pabco/Childers PO Box 72227 Cleveland, OH 44192 | - | | | | | | 90,010.78 |
| Account No. **Docket No. L-5044-10** | | | Litigation | | | | |
| Jack Bagoon c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-2663-10** | | | Litigation | | | | |
| James Hoey c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | - | | | X | X | X | Unknown |

Sheet no. __17__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 224,733.88 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __**State Insulation Corporation**_____,    Case No. ___**11-15110 (MBK)**_____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-5769-10** | | | | Litigation | | | | |
| **James Hrehowsik c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-6351-09** | | | | Litigation | | | | |
| **James Martin c/o Seeger Weiss LLP 550 Broad Street, Suite 920 Newark, NJ 07102** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-2307-10** | | | | Litigation | | | | |
| **James McGowan c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-1661-08** | | | | Litigation | | | | |
| **Jaynell Burley c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022** | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-8217-10** | | | | Litigation | | | | |
| **Joe Fenn c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | - | | | | X | X | X | Unknown |

Sheet no. __**18**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**State Insulation Corporation**_____,    Case No. __**11-15110 (MBK)**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-232-11** | | | Litigation | | | | |
| John Cronley c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-306-11** | | | Litigation | | | | |
| John Nizolek c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| Johns Constr (John Berko Elec) 89 Hollywood Ave Somerset, NJ 08873 | - | | | | | | 822.10 |
| Account No. | | | Trade Debt | | | | |
| Johns Manville PO Box 360881M Pittsburgh, PA 15251 | - | | | | | | 212,901.49 |
| Account No. | | | Trade Debt | | | | |
| Johnstone Management Company 525 Johnstone Street Perth Amboy, NJ 08861 | - | | | | | | 512.19 |

Sheet no. __**19**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214,235.78

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation_____,   Case No. __11-15110 (MBK)_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-3699-07** | | | | Litigation | | | | |
| **Jose Perez** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-689-09** | | | | Litigation | | | | |
| **Jose Prendes** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-1509-11** | | | | Litigation | | | | |
| **Joseph and Rosemary Kosturski** c/o Weitz & Luxenberg, P.C. 200 Lake Drive East, Suite 205 Cherry Hill, NJ 08002 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-4991-08** | | | | Litigation | | | | |
| **Joseph Bartlett** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-6932-10** | | | | Litigation | | | | |
| **Joseph Drozd** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |

Sheet no. __20__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**State Insulation Corporation**_____,     Case No. __**11-15110 (MBK)**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-5480-10** | | | Litigation | | | | |
| Joseph Jiosne c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-414-10** | | | Litigation | | | | |
| Joseph Marney c/o Keefe Bartels, L.L.C. Attn: John E. Keefe Jr. 170 Monmouth Street Red Bank, NJ 07701 | | - | | X | X | X | Unknown |
| Account No. **Docket No. L-9783-09** | | | Litigation | | | | |
| Kenneth Buck c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| Knauf Insulation One Knauf Drive Shelbyville, IN 46176 | | - | | | | | 123,193.13 |
| Account No. | | | Trade Debt | | | | |
| Kraft Tool Co. 8325 Hedge Lane Terrace Shawnee, KS 66227 | | - | | | | | 366.78 |

Sheet no. __**21**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **123,559.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,    Case No.    **11-15110 (MBK)**
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lamtec Corporation<br>700 Bartley-Chester Rd<br>P.O. Box 37<br>Flanders, NJ 07836-0037 | - | | Trade Debt | | | | 3,578.40 |
| Account No. **Docket No. L-2708-10**<br><br>Larry Pollard<br>c/o Wilentz, Goldman & Spitzer P.A.<br>Attn: Deirdre Woulfe Pacheco, Esq.<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095 | - | | Litigation | X | X | X | Unknown |
| Account No.<br><br>Leeway Transportation Inc.<br>P.O. Box 2244<br>Houston, TX 77252-2244 | - | | Trade Debt | | | | 850.00 |
| Account No. **Docket No. L-817-10**<br><br>Leon Watts<br>c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A.<br>340 George Street<br>New Brunswick, NJ 08901 | - | | Litigation | X | X | X | Unknown |
| Account No. **Docket No. L-9060-08**<br><br>Leonard Cifelli<br>c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A.<br>340 George Street<br>New Brunswick, NJ 08901 | - | | Litigation | X | X | X | Unknown |

Sheet no.  **22**  of  **38**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,428.40

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation_____,    Case No. __11-15110 (MBK)_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L1964-07** | | | | Litigation | | | | |
| **Leonard Era** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | | | | 2,875.00 |
| Account No. **Docket No. L-3220-190** | | | | Litigation | | | | |
| **Linda Windeler** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | X | X | X | Unknown |
| Account No. **Docket No. L-6696-09** | | | | Litigation | | | | |
| **Lois Mulligan** c/o Keefe Bartels, L.L.C. Attn: John E. Keefe Jr. 170 Monmouth Street Red Bank, NJ 07701 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Metro Freight Services, Inc.** 1225 West St. George Ave Linden, NJ 07036 | - | | | | | | | 120.00 |
| Account No. **Docket No. L-7283-08** | | | | Litigation | | | | |
| **Michael Serdinsky** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | X | X | X | Unknown |

| Sheet no. __23__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,995.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **State Insulation Corporation**                                              Case No.   **11-15110 (MBK)**
                                                                                        ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mon-Eco Industries Inc.**<br>**5 Joanna Court**<br>**East Brunswick, NJ 08816-2108** | - | | Trade Debt | | | | 550.45 |
| Account No.<br><br>**NDT Seals, Inc.**<br>**PO Box 52878**<br>**Houston, TX 77052-2878** | - | | Trade Debt | | | | 7,795.40 |
| Account No.<br><br>**New Pak Inc.**<br>**3614 Kennedy Road**<br>**South Plainfield, NJ 07080** | - | | Trade Debt | | | | 1,705.47 |
| Account No.<br><br>**New Penn Motor Express**<br>**625 S. Fifth Ave**<br>**P.O. Box 630**<br>**Lebanon, PA 17042-0630** | - | | Trade Debt | | | | 409.90 |
| Account No.  **800278522**<br><br>**Nextel/Sprint**<br>**P.O. Box 17990**<br>**Denver, CO 80217-0990** | - | | Utility Service | | | | 556.80 |

Sheet no.  **24**  of  **38**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,018.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                      ,    Case No.  __11-15110 (MBK)__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-9434-10** | | | Litigation | | | | |
| **Nicholas Garafolo c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022** | - | | | X | X | X | **Unknown** |
| Account No. **Docket No. L-5633-10** | | | Litigation | | | | |
| **Norma Wanson c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | X | X | X | **Unknown** |
| Account No. **7907251251** | | | Utility Service | | | | |
| **NUI Corporation, Elizabethtown Gas P.O. Box 4569, Location 6250 Atlanta, GA 30302-4569** | - | | | | | | **3,182.62** |
| Account No. | | | Trade Debt | | | | |
| **Office Concepts Group 301 Greenwood Avenue Midland Park, NJ 07432** | - | | | | | | **837.42** |
| Account No. | | | Trade Debt | | | | |
| **On-Site Fleet Service Inc. 36 Edgeboro Road East Brunswick, NJ 08816** | - | | | | | | **444.00** |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **4,464.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **State Insulation Corporation**                                      , Case No.    **11-15110 (MBK)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employee Health Insurance | | | | |
| Oxford Health Plans P.O. Box 1697 Newark, NJ 07101-1697 | - | | | | | | 20,258.44 |
| Account No. **Docket No. L-1385-09** | | | Litigation | | | | |
| Perry McKenzie c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |
| Account No. **Index No. 101948/04** | | | Litigation | | | | |
| Peter Consorti c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022 | - | | | X | X | X | Unknown |
| Account No. **Civil Action No. 04-01012** | | | Litigation | | | | |
| Peter Consorti c/o Levy Phillips & Konigsberg, LLP Attn: Moishe Maimon, Esq. 800 Third Ave. 11th Floor New York, NY 10022 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| Platinum Plus For Business P.O. Box 15184 Wilmington, DE 19850-5184 | - | | | | | | 2,375.81 |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,634.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                              , Case No.  **11-15110 (MBK)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Priority Express.Com, LLC 5 Chelsea Parkway Boothwyn, PA 19061 | - | | | | | | | 856.70 |
| Account No. | | | | Trade Debt | | | | |
| Proto Corp 10500 47th St No Clearwater, FL 33762 | - | | | | | | | 1,559.02 |
| Account No. 67-403-612-07 | | | | Utility Service | | | | |
| PSE&G P.O. Box 14105 New Brunswick, NJ 08906 | - | | | | | | | 194.08 |
| Account No. 67120433 | | | | Utility Service | | | | |
| Qwest 6000 Parkwood Place Dublin, OH 43016 | - | | | | | | | 363.78 |
| Account No. **Docket No. L-284-09** | | | | Litigation | | | | |
| Ralph DeWeil c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | X | X | X | Unknown |

Sheet no.  **27**  of  **38**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,973.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**
_____,
                    Debtor

Case No. **11-15110 (MBK)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-9044-08** | | | | Litigation | | | | |
| **Ramon Garcia** **c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A.** **340 George Street** **New Brunswick, NJ 08901** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Reiner Sheet Metal Machinery** **1 Ilene Court, #11** **Hillsborough, NJ 08844** | - | | | | | | | 80.25 |
| Account No. **Docket No. L-2589-07** | | | | Litigation | | | | |
| **Rene Andreoli** **c/o Keefe Bartels, L.L.C.** **Attn: John E. Keefe Jr.** **170 Monmouth Street** **Red Bank, NJ 07701** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **RHH Foam Systems, Inc.** **17100 West Victor Road** **New Berlin, WI 53151** | - | | | | | | | 384.72 |
| Account No. **Docket No. L-2736-09** | | | | Litigation | | | | |
| **Richard Ciancia** **c/o Wilentz, Goldman & Spitzer P.A.** **Attn: Deirdre Woulfe Pacheco, Esq.** **90 Woodbridge Center Drive, Suite 900** **Woodbridge, NJ 07095** | - | | | | X | X | X | Unknown |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

464.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                      , Case No.   **11-15110 (MBK)**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-5067-09** | | | | Litigation | | | | |
| Richard Taylor c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |
| Account No. **Index No. 123656/00** | | | | Litigation | | | | |
| Robert A. Greenwood c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-6691-08** | | | | Litigation | | | | |
| Robert Brown c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-9418-09** | | | | Litigation | | | | |
| Robert Bruno c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-5627-10** | | | | Litigation | | | | |
| Robert Ford c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | | - | | | X | X | X | Unknown |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **State Insulation Corporation**                                    ,    Case No.   **11-15110 (MBK)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-4699-06** | | | Litigation | | | | |
| **Robert Kesigner** c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-9776-09** | | | Litigation | | | | |
| **Robert O'Such** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-6931-10** | | | Litigation | | | | |
| **Robert Thomas** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-9265-09** | | | Litigation | | | | |
| **Ronald Sikora** c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Roxul** 420 Bronte Street Milton, Ontario CANADA | - | | | | | | 3,764.68 |

Sheet no. __30__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,764.68**

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation_____,    Case No. __11-15110 (MBK)_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sam HWA Chemicals Co. Ltd.<br>RM 501 River View 68-19<br>CHUNGDAM-DONG, KANGNAM-KU<br>Seoul Korea | - | | Trade Debt | | | | 110,379.00 |
| Account No.<br><br>SFS Intec, Inc.<br>P.O. Box 6326<br>Wyomissing, PA 19610 | - | | Trade Debt | | | | 67.83 |
| Account No. **Index No. 190122/08**<br><br>Silvestro Porcaro<br>c/o Wilentz, Goldman & Spitzer P.A.<br>Attn: Deirdre Woulfe Pacheco, Esq.<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095 | - | | Litigation | X | X | X | Unknown |
| Account No. **Docket No. L-7143-10**<br><br>Simon Sanders<br>c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A.<br>340 George Street<br>New Brunswick, NJ 08901 | - | | Litigation | X | X | X | Unknown |
| Account No.<br><br>Sitek Enterprise Limited<br>3A, Building 68, The Dongle<br>Garden Shenzhen, CHINA 518020 | - | | Trade Debt | | | | 2,390.00 |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,836.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **State Insulation Corporation**                                  ,     Case No.   **11-15110 (MBK)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Compensation | | | | |
| Spagnoletti, Nicholas 51 Mountain Avenue Maplewood, NJ 07040 | - | | | | | | | 60,800.00 |
| Account No. | | | | Trade Debt | | | | |
| Specified Technologies, Inc. 210 Evans Way Somerville, NJ 08876 | - | | | | | | | 28,782.40 |
| Account No.  **Docket No. L-978-10** | | | | Litigation | | | | |
| Stanley Baran c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| State Laminating Corp 525 Johnstone Street Perth Amboy, NJ 08861 | - | | | | | | | 12,083.41 |
| Account No.  **Docket No. L-9082-08** | | | | Litigation | | | | |
| Steven Daroci c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | | X | X | X | Unknown |

Sheet no.  **32**   of  **38**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,665.81

B6F (Official Form 6F) (12/07) - Cont.

In re __**State Insulation Corporation**_____,  Case No. __**11-15110 (MBK)**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stickel Packaging Supply**<br>**1991 Rutgers University Blvd**<br>**Lakewood Industrial Park**<br>**Lakewood, NJ 08701** | - | | | Trade Debt | | | | 1,011.05 |
| Account No.<br><br>**Superior Plus Construction Products**<br>**Corp**<br>**2201 Mt Ephraim Avenue**<br>**Camden, NJ 08104** | - | | | Trade Debt | | | | 323.28 |
| Account No.<br><br>**Supermedia LLC (Idearc Media)**<br>**P.O. Box 619810**<br>**DFW Airport, TX 75261-9810** | - | | | Trade Debt | | | | 90.05 |
| Account No.<br><br>**Supreme Heating & A/C**<br>**257 Wagner Street**<br>**Middlesex, NJ 08846** | - | | | Trade Debt | | | | 1,480.00 |
| Account No.<br><br>**Thermal Ceramics**<br>**PO Box 923**<br>**Augusta, GA 30903** | - | | | Trade Debt | | | | 39,600.00 |

Sheet no. __**33**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,504.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                              , Case No.  **11-15110 (MBK)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Docket No. L-4558-08** | | | | Litigation | | | | |
| **Thomas Borodynko c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901** | - | | | | X | X | X | **Unknown** |
| Account No. **Docket No. L-9970-08** | | | | Litigation | | | | |
| **Thomas Laffan c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | | X | X | X | **Unknown** |
| Account No. **Docket No. L-6655-95** | | | | Litigation | | | | |
| **Thomas Quinn c/o Keefe Bartels, L.L.C. Attn: John E. Keefe Jr. 170 Monmouth Street Red Bank, NJ 07701** | - | | | | X | X | X | **Unknown** |
| Account No. **Docket No. L-8969-10** | | | | Litigation | | | | |
| **Thomas Scollan c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **UPS PO Box 4980 Hagerstown, MD 21747-4980** | - | | | | | | | **1,851.15** |

Sheet no. __34__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,851.15**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **State Insulation Corporation**                                    ,    Case No.   **11-15110 (MBK)**
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| UPS Freight P.O. Box 1216 Richmond, VA 23218-1216 | | - | | | | | | 100.16 |
| Account No. | | | | Trade Debt | | | | |
| Valpac Inc. 1400 Industrial Park Road Federalsburg, MD 21632 | | - | | | | | | 6,503.91 |
| Account No. | | | | Trade Debt | | | | |
| Vecmar Computer Solutions 7595 Jenther Drive Mentor, OH 44060 | | - | | | | | | 779.91 |
| Account No. | | | | Trade Debt | | | | |
| Venture Tape Corp. PO Box 384 Rockland, MA 02370 | | - | | | | | | 2,352.00 |
| Account No. | | | | Utility Service Account Nos: 9088628122/7324425656/ 7324426868/7328269588 | | | | |
| Verizon P.O. Box 4833 Trenton, NJ 08650-4833 | | | | | | | | 751.96 |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **10,487.94**

B6F (Official Form 6F) (12/07) - Cont.

In re **State Insulation Corporation**                                    Case No. **11-15110 (MBK)**
_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **111605110**<br><br>Verizon Wireless<br>P.O. Box 17120<br>Tucson, AZ 85731-7120 | - | | | Utility Service | | | | 94.13 |
| Account No. **Docket No. L-1870-10**<br><br>Vincent Zichini<br>c/o Keefe Bartels, L.L.C.<br>Attn: John E. Keefe Jr.<br>170 Monmouth Street<br>Red Bank, NJ 07701 | - | | | Litigation | X | X | X | Unknown |
| Account No.<br><br>Volpe Express Inc.<br>565 Hollow Road<br>Phoenixville, PA 19460 | - | | | Trade Debt | | | | 276.00 |
| Account No. **Docket No. L-7990-08**<br><br>Walter Wanner<br>c/o Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003 | - | | | Litigation | X | X | X | Unknown |
| Account No. **Docket No. L-9953-08**<br><br>Webster Jones<br>c/o Wilentz, Goldman & Spitzer P.A.<br>Attn: Deirdre Woulfe Pacheco, Esq.<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095 | - | | | Litigation | X | X | X | Unknown |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              370.13

B6F (Official Form 6F) (12/07) - Cont.

In re __State Insulation Corporation_____,    Case No. __11-15110 (MBK)_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-6764-09** | | | Litigation | | | | |
| **Wilfredo Ruiz** c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-333-09** | | | Litigation | | | | |
| **William Eagle** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-1186-10** | | | Litigation | | | | |
| **William Jennings** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-5630-10** | | | Litigation | | | | |
| **William Lange** c/o Wilentz, Goldman & Spitzer P.A. Attn: Deirdre Woulfe Pacheco, Esq. 90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095 | - | | | X | X | X | Unknown |
| Account No. **Docket No. L-737-06** | | | Litigation | | | | |
| **William Pease** c/o Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser P.A. 340 George Street New Brunswick, NJ 08901 | - | | | X | X | X | Unknown |

Sheet no. __37__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **State Insulation Corporation**                    ,    Case No.    **11-15110 (MBK)**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Docket No. L-5911-10** | | | **Litigation** | | | | |
| **Willie Averette c/o Cohen, Placitella & Roth, PC Attn: Christopher Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701** | - | | | X | X | X | **Unknown** |
| Account No. | | | **Trade Debt** | | | | |
| **Wise Safety Environmental 28 Pellham Ave Methuen, MA 01844** | - | | | | | | **3,411.12** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __38__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,411.12** |
| | Total (Report on Summary of Schedules) | **1,683,271.35** |

B6G (Official Form 6G) (12/07)

In re   **State Insulation Corporation** _____,   Case No. __**11-15110 (MBK)**_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **G&I Realty, LLC**<br>**c/o George Lionikis, Jr., Manager**<br>**3 Jenna Lane**<br>**Edison, NJ 08820** | **Lease Agreement between G&I Realty, LLC, landlord, and State Insulation Corporation, tenant. Property located at 525 Johnstone Street, Perth Amboy, NJ.** |
| **Johnstone Management Corporation**<br>**525 Johnstone Street**<br>**Edison, NJ 08820** | **Management Agreement** |
| **Nicholas Spagnoletti**<br>**51 Mountain Avenue**<br>**Maplewood, NJ 07040** | **Deferred Compensation Agreement for sales representative** |
| **Ryder Transportation**<br>**11690 NW 105th Street**<br>**Miami, FL 33178** | **Leases for two Freightliner Trucks** |
| **Teamsters Local Union No., 560**<br>**707 Summit Avenue**<br>**Union City, NJ 07087** | **Collective Bargaining Agreement between workers' union and State Insulation Corporation** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re __State Insulation Corporation_____,     Case No. ___11-15110 (MBK)_____
                                        Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

__0__
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   __State Insulation Corporation__                                          Case No.   __11-15110 (MBK)__
                                                            Debtor(s)          Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___51___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 17, 2011__                        Signature   __/s/ George Lionikis, Sr.__
                                                         __George Lionikis, Sr.__
                                                         __President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.