RH 2964
RONALD HOROWITZ, ESQUIRE
Tindall Professional Plaza
14 Tindall Road
Middletown, NJ 07748
(732) 706-7600
Our File 2618



### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. 11-15110-MBK |
| STATE INSULATION CORPORATION, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES

The undersigned, Ronald Horowitz, Esq., attorney for Direct Coast to Coast LLC and Selective Transportation Corp., creditors of State Insulation Corporation, the debtor in this case, hereby submits this Notice of Appearance in connection therewith.

Pursuant to Federal Rules of Bankruptcy Procedure, the undersigned hereby provides this notice of his office and e-mail address and telephone numbers and that same be added to all mailing lists and matrices in this case and that copies of all Notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

> RONALD HOROWITZ, ESQ.
> 14 TINDALL ROAD
> TINDALL PROFESSIONAL PLAZA
> MIDDLETOWN, NEW JERSEY 07748
> Tel#: (732) 706-7600
> Fax#: (732) 706-7601
> e-mail: ronhorowitz@verizon.net

This Notice of Appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this Notice of Appearance and Request for Notices, the undersigned party in interest is not

consenting to or submitting to the jurisdiction of the bankruptcy court for any purpose and expressly reserves the right to contest the jurisdiction of the bankruptcy court and/or to demand a jury trial in any matter or proceeding to which it may be a party.

Dated: March 28, 2011

RONALD HOROWITZ, ESQ.

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that the original of the foregoing Notice of Appearance has been filed with the Clerk of the U.S. Bankruptcy Court for the District of New Jersey, and a copy of same has been served on the Debtor's attorney, Jeffrey D. Prol, Esq., Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068, and upon the Trustee, Fran B. Steele, U.S. Department of Justice, Office of the US Trustee, One Newark Center, Suite 2100, Newark, NJ, 07102 and Nancy Isaacson, Greenbaum, Rowe, Smith & Davis, LLP, 75 Livingston Avenue, Roseland, NJ 07068.

Dated: March 28, 2011

RONALD HOROWITZ, ESQ.

**RONALD HOROWITZ**
*Attorney at Law*
*Tindall Professional Plaza*
*14 Tindall Road*
*Middletown, New Jersey 07748*
*Tel. # (732) 706-7600*
*Fax # (732) 706-7601*

*NJ, NY and FL Bars*
*Certified By The Supreme Court Of*
*New Jersey As A Civil Trial Attorney*

March 28, 2011

James J. Waldron, Clerk
U.S. Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

    RE:    **STATE INSULATION CORPORATION, DEBTOR**
            **Case No. 11-15110-MBK**
            **Our File No. 2618**

Dear Mr. Waldron:

    Enclosed please find an original and one (1) copy of a Notice of Appearance with regard to the above matter.

    Kindly file in the usual manner and return the filed copy to this office in the envelope provided.

    Thank you for your courtesies.

                                    Very truly yours,

                                    RONALD HOROWITZ

RH/ch
Encls.
cc:    Jeffrey D. Prol, Esq. (w/encl.)
        Fran B. Steele, Trustee (w/encl.)
        Nancy Isaacson, Esq. (w/encl.)