Order Filed on 4/19/2011
by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen, Esq. (KR 4963)<br>Jeffrey D. Prol, Esq. (JP 7454)<br>Thomas A. Pitta, Esq. (TP 3018)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtor and Debtor-in-Possession* | |
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**ORDER APPROVING THE RETENTION OF LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
<u>EFFECTIVE AS OF MARCH 10, 2011</u>**

  The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 4/19/2011**

                _____
                Honorable Michael B. Kaplan
                United States Bankruptcy Judge

24534/2
03/25/2011 17021611.1

Page: 2
Debtor: State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption: Order Approving the Retention of Legal Representative for Future Asbestos Personal Injury Claimants Effective as of March 10, 2011

___

**THIS MATTER** having been opened by State Insulation Corporation, the above-captioned debtor and debtor- in-possession (the "Debtor"), upon the motion (the "Motion")[1] for entry of an order pursuant to sections 105 and 524(g)(4)(B)(i) of title 11 of the United States Code (the "Bankruptcy Code") for retention of a legal representative (the "FCR") for future asbestos personal injury claimants (the "Future Claimants") in the Debtor's chapter 11 case, effective as of March 10, 2011; and upon consideration of the Certification of Edward Bond in support of the Motion; and the Court being satisfied that neither Mr. Bond, nor Bederson, represent an interest adverse to the Debtor in the matters with respect to which Mr. Bond is to be employed; and the  and the Court having jurisdiction pursuant to sections 157 and 1334 of Title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1. The Motion is granted.

2. Pursuant to sections 105 and 524(g)(4)(B)(i) of the Bankruptcy Code, Mr. Bond is hereby appointed as the FCR for the Future Claimants, effective as of March 10, 2011.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

___

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

*Approved by Judge Michael Kaplan April  19, 2011*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-15110-MBK
State Insulation Corp                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: ndutko              Page 1 of 1              Date Rcvd: Apr 19, 2011
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2011.
db           +State Insulation Corp,   525 Johnstone St,   Perth Amboy, NJ 08861-3366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2011**              **Signature:** _/s/ Joseph Speetjens_