**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**CERTIFICATION OF SERVICE**

I, *Diane C. Lavin*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

2. On Thursday, April 28, 2011 I caused copies of the following documents to be served upon all parties on the service list annexed hereto as *Exhibit A* via First Class Mail:

- Order Approving the Retention of Legal Representative for Future Asbestos Personal Injury Claimants Effective as of March 10, 2011 [Docket No. 114]; and

- Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§105(a) and 331 [Docket No. 105].

I certify that the foregoing statements made by me are true and correct to the best of my

knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

    Dated:   April 28, 2011                                   */s/ Diane C. Lavin*
                                                           Diane C. Lavin

Case 11-15110-MBK    Doc 118    Filed 04/28/11    Entered 04/28/11 18:34:18    Desc Main
Document    Page 2 of 4

**Exhibit "A"**
**STATE INSULATION CORPORATION**
Rule 2002 Service List

| | |
|---|---|
| State Insulation Corporation<br>525 Johnstone Street<br>Perth Amboy, NJ 08861<br>*Chapter 11 Debtor* | United States Trustee<br>U.S. Department of Justice<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq. |
| New Jersey Division of Taxation<br>Attn: Bankruptcy Notices Division<br>50 Barrack Street<br>CN 269<br>Trenton, NJ 08646 | Securities & Exchange Commission<br>Attn: Bankruptcy Notices Division<br>450 Fifth Street NW, Room 6228<br>Mail Stop 6-6<br>Washington, DC 20549 |
| United States Attorney<br>District of New Jersey<br>Attn: Bankruptcy Notices Division<br>970 Broad Street<br>Newark, NJ 07102 | Attorney General of the US<br>Attn: Bankruptcy Notices Division<br>Department of Justice<br>Constitution Avenue & 10th Street NW<br>Washington, DC 20530 |
| Office of the Attorney General<br>Attn: Bankruptcy Notices Division<br>P.O. Box 080<br>Hughes Justice Center<br>25 W. Market Street<br>Trenton, NJ 08625 | Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 |
| Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>1040 Waverly Avenue<br>Stop 02<br>Holtsville, NY 11742 | Litwin & Tierman, P.A.<br>Attn: Gerald H. Litwin, Esq.<br>2 University Plaza<br>Hackensack, New Jersey 07601,<br>*Counsel for I&G Lending LLC* |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068-3701<br>*Counsel for Asbestos Claimants' Committee* | Federal Insurance Company<br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 |

Centennial Insurance Company
100 Wall Street
New York, NY  10005-3743

Insurance Company of North America
ACE USA
436 Walnut Street
Philadelphia, PA  19106

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel to Knauf Insulation*

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
*Counsel to Direct Coast to Coast LLC
and Selective Transportation Corp.*

Edward Bond
Bederson & Company, LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052
*Legal Representative For Future Asbestos
Personal Injury Claimants*