UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**SAIBER LLC**
David R. Gross
Saiber LLC
18 Columbia Turnpike – Suite 200
Florham Park, New Jersey 07932
Tel: (973) 622-3333
Fax: (973) 622-3349

Proposed Counsel to the Legal Representative
For Future Asbestos Personal Injury Claimants

| | |
|---|---|
| In re: | Chapter 11 |
| STATE INSULATION CORPORATION, | Case No. 11-15110 (MBK) |
| Debtor. | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SAIBER LLC
AS COUNSEL TO THE LEGAL REPRESENTATIVE**

The relief set forth on the following page, numbered two (2) of two (2), is hereby

**ORDERED.**

**DATED: 5/12/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

{00665047.DOC}

Page:     2
Debtor:   State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption:  Order Authorizing the Employment and Retention of Saiber LLC as Counsel to the Legal Representative

---

Upon consideration of the application of Edward P. Bond, the Legal Representative in the above-captioned matter, for an order, pursuant to sections 105, 327 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Legal Representative to employ and retain Saiber LLC ("Saiber") as counsel to the Legal Representative, *nunc pro tunc*, effective as of March 10, 2011; and upon consideration of the Verified Statement of David R. Gross, in support of the Application; and the Court being satisfied that Saiber is a "disinterested person" pursuant to 11 U.S.C. §101(14) and represents no adverse interest; and notice of the Application being sufficient; and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.  The Application is granted.

2.  Pursuant to sections 105, 327 and 1103 of the Bankruptcy Code, the Legal Representative is hereby authorized to employ and retain Saiber, *nunc pro tunc*, effective as of March 10, 2011, to serve as the Legal Representative's counsel in the above-captioned case.

3.  Saiber shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as may be fixed by order of this Court.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*Approved by Judge Michael Kaplan May  12, 2011*