UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
MONTHLY COMPENSATION COVER SHEET
FOR THE PERIOD APRIL 1 THROUGH APRIL 30, 2011

IN RE:  STATE INSULATION CORPORATION     APPLICANT: J.H. Cohn LLP

CASE NO: 11-15110 (MBK)     CASE FILED: February 23, 2011

CHAPTER 11     CLIENT: Debtor

| Name of Professional | Level | Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Bernard A. Katz | Senior Partner | 1.50 | $710 | $1,065.00 |
| Kevin DeLuise | Director | .90 | 530 | 477.00 |
| Roberta Probber | Manager | 1.60 | 480 | 768.00 |
| Rosellen Martoken | Staff | 5.20 | 260 | 1,352.00 |
| **Total:** | | **9.20** | | **$3,662.00** |

| FEES REQUESTED AT 80% | | $2,929.60 |
|---|---|---|
| DISBURSEMENT TOTALS | (page 2) | 22.96 |
| TOTAL FEE APPLICATION | | **$2,952.56** |

**SUMMARY OF SERVICES BY CODE**

| Category | | Description of Task | Hours | Fee |
|---|---|---|---|---|
| **Administration** | | | | |
| | a | Case administration | 2.40 | $624.00 |
| | b | Correspondence/correspondence review | .10 | 26.00 |
| | c | Meetings/teleconferences with parties to case | .40 | 248.00 |
| | d | Monthly billing/fee applications | 2.70 | 702.00 |
| **Analysis of Financial information** | | | 0 | 0 |
| | e | Disclosure statement services | 1.30 | 923.00 |
| | f | Prepare operating reports | 2.30 | 1,139.00 |
| | | | **9.20** | **$3,662.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Pacer | $22.96 |
| Total Disbursements: | $22.96 |



*333 Thornall Street*
*Edison NJ 08837*
*732-549-0700*
*fax 732-549-7016*
*www.jhcohn.com*

**Via Federal Express**

State Insulation Corporation
Attention:  George Lionikis, Jr.
525 Johnstone Street
Perth Amboy, New Jersey 08861

Date:       5/26/2011
Client No.   02004522.001
Re:         Case No. 11-15110 (MBK)
            State Insulation Corporation

For professional services rendered in the above-referenced matter for the period April 1, 2011 through April 30, 2011, as per attached summary and time detail

| | | | | | |
|---|---|---|---|---|---|
| Fees | $ | 3,662.00 | at 80% | $ | 2,929.60 |
| Expenses | | 22.96 | at 100% | | 22.96 |
| | | | | $ | 2,952.56 |

Please return one copy of invoice with remittance.

Federal ID No. 22-1478099

**SERVICE LIST FOR MONTHLY FEE STATEMENTS**
**STATE INSULATION CORPORATION**

Lowenstein Sandler, PC
65 Livinston Avenue
Roseland NJ 07068
Attention:  Thomas A. Pitta, Esq.

*Counsel to Debtor*


Greenbaum, Rowe, Smith & Davis, LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
Attention:  Nancy Isaacson, Esq.

*Counsel to the Asbestos Committee*


Litwin & Tierman, P.A.
2 University Plaza
Hackensack, NJ 07601
Attention:  Gerald H. Litwin, Esq.

*Counsel to I&G Lending LLC*


Office of the United States Trustee for the District of New Jersey
One Newark Center
Suite 2100
Newark, NJ 07102
Attention:  Fran B. Steele, Esq.


Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801

*Counsel to Knauf Insulation*


Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

*Counsel to Direct Coast and Selective Transportation*

**State Insulation Corporation**
**Case No. 11-15110 (MBK)**
**Summary of Fees and Expenses**
**For Period April 1 through April 30, 2011**

| Name of Professional | Level | Hours | Rate | Fees |
|---|---|---:|---:|---:|
| Bernard A. Katz | Senior Partner | 1.50 | $ 710 | $ 1,065.00 |
| Kevin DeLuise | Director | 0.90 | 530 | 477.00 |
| Roberta Probber | Manager | 1.60 | 480 | 768.00 |
| Rosellen Martoken | Staff | 5.20 | 260 | 1,352.00 |
| | | 9.20 | | $ 3,662.00 |

**Disbursements**

| | |
|---|---:|
| Pacer | $ 22.96 |
| | 22.96 |
| Total fees and expenses: | $ 3,684.96 |

State Insulation Corporation
Time Detail for the Period
April 2011

| Date | Professional | Activity | Description | Hrs | Rate | Fee |
|---|---|---|---|---|---|---|
| 04/08/11 | Bernard A. Katz | Gen tel conf | Telephone conference with K. DeLuise re: status. | 0.20 | 710 | 142.00 |
| 04/08/11 | Bernard A. Katz | Br Discl. Stmt | Review revised POR and disclosure statement. | 1.30 | 710 | 923.00 |
| | **Bernard A. Katz Total** | | | **1.50** | | **1,065.00** |
| 04/08/11 | Kevin DeLuise | Gen tel conf | Telephone conference with B. Katz re: status. | 0.20 | 530 | 106.00 |
| 04/11/11 | Kevin DeLuise | Br Oper reports | March 2011 MOR's | 0.30 | 530 | 159.00 |
| 04/15/11 | Kevin DeLuise | Br Oper reports | MOR call with Dan Graca and Roberta Probber regarding same | 0.40 | 530 | 212.00 |
| | **Kevin DeLuise Total** | | | **0.90** | | **477.00** |
| 04/15/11 | Roberta Probber | Br Oper reports | Call with Dan Graca and K. DeLuise regarding MOR | 0.40 | 480 | 192.00 |
| 04/13/11 | Roberta Probber | Br Oper reports | Information regarding accruals for MOR | 0.50 | 480 | 240.00 |
| 04/15/11 | Roberta Probber | Br Oper reports | Set up call with D. Graca. Pdf and distribute MOR to facilitate discussion | 0.20 | 480 | 96.00 |
| 04/15/11 | Roberta Probber | Br Oper reports | Reconcile MOR to GL | 0.50 | 480 | 240.00 |
| | **Roberta Probber Total** | | | **1.60** | | **768.00** |
| 04/05/11 | Rosellen Martoken | Br Case Admin. | Docket review re: status of Administrative Order. | 0.20 | 260 | 52.00 |
| 04/11/11 | Rosellen Martoken | Br Case Admin. | Prepare fee estimate | 0.20 | 260 | 52.00 |
| 04/13/11 | Rosellen Martoken | Br Case Admin. | Prepare/review monthly fee statement. | 0.50 | 260 | 130.00 |
| 04/15/11 | Rosellen Martoken | Br Case Admin. | Docket review re: status of administrative order establishing fee procedures. | 0.20 | 260 | 52.00 |
| 04/15/11 | Rosellen Martoken | Br Case Admin. | Review administrative order establishing procedures for interim compensation. | 0.30 | 260 | 78.00 |
| 04/16/11 | Rosellen Martoken | Br Case Admin. | Prepare proforma fee application. Docket review re: case status. | 0.70 | 260 | 182.00 |
| 04/25/11 | Rosellen Martoken | Br Case Admin. | Review administrative Order regarding timing of monthly statements (.2). Email to KD regarding same (.1) | 0.30 | 260 | 78.00 |
| 04/27/11 | Rosellen Martoken | Gen billing | Monthly fee statement for Feb/March. | 1.20 | 260 | 312.00 |
| 04/28/11 | Rosellen Martoken | Br fee app | Prepare/review fee application - revisions to monthly fee statement. | 1.50 | 260 | 390.00 |
| 04/28/11 | Rosellen Martoken | Gen corres | Email to counsel. | 0.10 | 260 | 26.00 |
| | **Rosellen Martoken Total** | | | **5.20** | | **1,352.00** |
| | **Grand Total** | | | **9.20** | | **3,662.00** |