**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

## CERTIFICATION OF SERVICE

  I, *LISA MARIE BONITO,* pursuant to 28 U.S.C. § 1746, certify as follows:

  1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

  2. On May 27, 2011, I caused a copy of the *Monthly Fee Statement For the Month of April 2011 for J.H. Cohn LLP* to be served upon all parties on the service list annexed hereto as *Exhibit A* via First Class Mail.

  I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: June 1, 2011      */s/ Lisa Marie Bonito*
                Lisa Marie Bonito

**Exhibit "A"**
**STATE INSULATION CORPORATION**

State Insulation Corporation
525 Johnstone Street
Perth Amboy, NJ 08861
Chapter 11 Debtor

Greenbaum, Rowe, Smith & Davis, LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
Attention: Nancy Isaacson, Esq.
Counsel to the Asbestos Committee

Litwin & Tierman, P.A.
2 University Plaza
Hackensack, NJ 07601
Attention: Gerald H. Litwin, Esq.
Counsel to I&G Lending LLC

Office of the United States Trustee for the District of New Jersey
One Newark Center
Suite 2100
Newark, NJ 07102
Attention: Fran B. Steele, Esq.

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
Counsel to Knauf Insulation

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
Counsel to Direct Coast and Selective Transportation