**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | STATE INSULATION CORPORATION | APPLICANT: | LOWENSTEIN SANDLER PC |
| CASE NO.: | 11-15110 (MBK) | CLIENT: | Chapter 11 Debtor |
| CHAPTER: | 11 | CASE FILED: | February 23, 2011 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**
**SECOND MONTHLY FEE STATEMENT COVERING THE PERIOD**
**APRIL 1, 2011   THROUGH   APRIL 30, 2011**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 102,868.50 | $ 2,075.80 |
| TOTAL FEES ALLOWED TO DATE: | $ 0.00 | $ 0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $ 103,081.75 | $ 0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 20,573.70 | $ 0.00 |
| TOTAL RECEIVED BY APPLICANT | $ 0.00 | $ 0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Dore, Michael | 1975 | Shareholder/Member | 1.00 | $645.00 | $645.00 |
| Prol, Jeffrey D. | 1989 | Shareholder/Member | 1.20 | 550.00 | 660.00 |
| Rosen, Kenneth A. | 1979 | Shareholder/Member | 2.50 | 700.00 | 1,750.00 |
| Pitta, Thomas A. | 2001 | Counsel | 11.00 | 480.00 | 5,280.00 |
| Stefanelli, Nicole | 2008 | Associate | 3.40 | 310.00 | 1,054.00 |
| Bonito, Lisa Marie | N/A | Paralegal | 1.00 | 155.00 | 155.00 |
| Claussen, Diane | N/A | Paralegal | 3.20 | 160.00 | 512.00 |
| Pami, Laurie | | Fee Application Specialist | 1.00 | 95.00 | 95.00 |

24534/2
06/09/2011 17577346.1

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| **TOTAL FEES** | | | **24.30** | | **$10,151.00** |
| **Blended Rate** | | | | | **$417.74** |

FEE TOTALS - PAGE 2  $10,151.00
DISBURSEMENTS TOTALS - PAGE 3  $ 240.10
TOTAL FEE APPLICATION  $10,391.10

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Court Appearance | 4.00 | $2,470.00 |
| Correspondence Drafted | 4.20 | 1,729.00 |
| Prepared Fee Application | 1.50 | 250.00 |
| Office Meeting Staff | 0.40 | 124.00 |
| Prepare Pleadings and Briefs | 6.00 | 1,894.00 |
| Review Documents (i.e. tax forms, monthly reports, etc.) | 2.00 | 1,027.00 |
| Review Pleadings (pleadings which were prepared by parties other than this firm) | 1.10 | 176.00 |
| Legal Research | 1.00 | 645.00 |
| Telephone Conferences | 1.30 | 492.00 |
| Travel Time | 2.80 | 1,344.00 |
| **Total** | **24.30** | **$ 10,151.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Messenger and delivery charges | $10.83 |
| Bulk rate/special postage | 31.76 |
| Computerized legal research | 19.84 |
| Telecommunications | 23.19 |
| Travel | 154.48 |
| **Total Disbursements** | **$240.10** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED:  February 23, 2011

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: March 21, 2011, effective as of February 23, 2011.

   (ANNEX COPY OF ORDER(S))
   IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
   TO RETENTION, SET FORTH:

(4) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:        100%
   (B) SECURED CREDITORS:              100% (if applicable)
   (C) PRIORITY CREDITORS:             100 %
   (D) GENERAL UNSECURED CREDITORS:    100 %
   (E) ASBESTOS CREDITORS              To be determined

(5) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 9, 2011

                                            /s/ *Jeffrey D. Prol*
                                            Jeffrey D. Prol, Esq.

**ATTACHMENT TO MONTHLY FEE STATEMENT**
**(RETENTION ORDER)**

Order Filed on 3/21/2011 by U.S. Bankruptcy Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |  |
|---|---|
| **LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen, Esq. (KR 4963)<br>Jeffrey D. Prol, Esq. (JP 7454)<br>Thomas A. Pitta, Esq. (TP 3018)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Proposed Counsel to the Debtor and*<br>*Debtor-in-Possession* |  |
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**ORDER PURSUANT TO 11 U.S.C. §§ 327, 328, AND 1107 AND**
**FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 3/21/2011**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

24534/2
03/18/2011 16852399.1

Page: 2
Debtor: State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption: Order Pursuant to 11 U.S.C. §§ 327, 328, and 1107 and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Lowenstein Sandler PC as Counsel to the Debtor

---

Upon consideration of the application (the "Application")[1] of State Insulation Corporation, the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry of an order, pursuant to sections 327, 328 and 1107 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") authorizing the Debtor to employ and retain Lowenstein Sandler PC ("Lowenstein") as counsel to the Debtor, effective as of February 23, 2011 (the "Petition Date"); and upon consideration of the Certification of Jeffrey D. Prol, Esq. in support of the Application; and the Court being satisfied that Lowenstein represents no interest adverse to the Debtor in the matters with respect to which Lowenstein is to be employed; and notice of the Application being sufficient; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted.

2. Pursuant to sections 327, 328 and 1107 of the Bankruptcy Code, the Debtor is hereby authorized to employ and to retain Lowenstein, effective as of the Petition Date, to serve as the Debtor's counsel in the above-captioned case.

3. Lowenstein shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as may be fixed by order of this Court.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

-2-

*Approved by Judge Michael Kaplan March 21, 2011*