| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In Re:<br><br>State Insulation Corp.<br><br>Debtor(s) | Case No.: 11-15110<br><br>Hearing Date: July 28, 2011<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |

*Order Filed on 6/17/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER SCHEDULING A JOINT HEARING
### TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT
### AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION
### AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
### COMBINED WITH NOTICE THEREOF

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 6/17/2011**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  State Insulation Corp.
Case No.:  11-15110
Caption of Order:  ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

---

A Disclosure Statement and Plan of Reorganization dated June 16, 2011 having been filed on June 16, 2011 by Thomas Pitta as attorney(s) for the debtor(s) State Insulation Corp. and for good cause shown, it is

1. ORDERED that pursuant to Fed. R. Bankr. P. 3017(a) and (d) a joint hearing to determine the adequacy of the Disclosure Statement (which is conditionally approved for the purposes set forth in this Order) and, if warranted, to approve the Plan of Reorganization shall be held before the Honorable Michael B. Kaplan on July 28, 2011 at 10:00 a.m. in United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, 08608, Courtroom 3; and it is further

2. ORDERED that within three (3) days after the entry of this Order, copies of this Order, the Disclosure Statement, the Plan of Reorganization, and a ballot shall be mailed by the plan proponent to the Debtor, the United States Trustee, Counsel for the Creditor's Committee (if any), the Securities Exchange Commission, all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d). Such copies shall also be provided by the proponent to any party in interest upon written request; and it is further

3. ORDERED that written objections to the adequacy of the Disclosure Statement shall be filed the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than seven (7) days prior to the July 28, 2011 hearing. No creditor or other party in interest shall be heard in

*Approved by Judge Michael Kaplan June 17, 2011*

Debtor:
Case No.:
Caption of Order: ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

---

opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection as described herein; and it is further

    4. ORDERED that written objections to the Plan of Reorganization shall be filed with the Clerk and served on the plan proponent no later than seven (7) days before the __July 28__, 2011 hearing; ballots accepting or rejecting the Plan shall be filed with the attorney for the plan proponent as provided in D.N.J. LBR 3018-2 no later than seven (7) days before the __July 28__, 2011 hearing.

*Approved by Judge Michael Kaplan June 17, 2011*