Order Filed on
**7/5/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

NANCY ISAACSON, ESQ. (NI/1325)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue - Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Counsel for Official Committee of
  Unsecured Asbestos Claimants

DAVID R. GROSS, ESQ. (DRG/6431)
**SAIBER, LLC**
18 Columbia Turnpike - Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Counsel for Future Claimants' Representative

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | :     Case No. 11-15110 (MBK) |
| STATE INSULATION | : |
|     CORPORATION, | : |
| | :     Chapter 11 |
|         Debtor. | : |
| | : |

## ORDER APPROVING RETENTION OF BEDERSON & COMPANY AS FINANCIAL ADVISOR TO THE COMMITTEE AND FCR

The relief set forth on the following pages, numbered two (2) through (2) is hereby
ORDERED.

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**DATED: 7/5/2011**

Page 2
Debtor:  State Insulation Corporation
Case No. 11-15110(MBK)
Caption of Order:  Order Approving Retention of Bederson &
Company as Financial Advisor to the Committee and FCR

Upon consideration of the joint Application of the Unsecured Asbestos Claimant's Committee

("Committee") and Future Claims' Representative ("FCR") for Authority to Employ Bederson

and Company ("Bederson") as Financial Advisor ("Advisor") and after Notice and no objection

thereto, it appearing that the employment of Bederson by the Committee and FCR for the

purposes set forth in the Application will be useful and necessary and the Court being satisfied

that Bederson neither holds nor represents any interest adverse to the estate, and Bederson is a

disinterested party within the meaning of 11 U.S.C. Section 327 and upon the Affidavit of

Matthew Schwartz, and notice having been given to all interested parties and no adverse interest

being represented, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Committee and FCR is authorized to employ Bederson and Company

as its Financial Advisor to perform the services set forth in the Application; and it is further

ORDERED that compensation and reimbursement of expenses for Bederson shall be

based upon the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the

administrative order governing compensation of professionals in this case.

*Approved by Judge Michael Kaplan July  05, 2011*