**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11- 15110 (MBK) |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRD MONTHLY
FEE STATEMENT OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE
DEBTOR AND DEBTOR IN POSSESSION FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR
<u>THE PERIOD OF MAY 1, 2011 THROUGH MAY 31, 2011</u>**

**NICOLE STEFANELLI, ESQ.,** pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.  I am an attorney at law of the State of New Jersey and an associate of the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**"). I have personal knowledge of the facts set forth herein.

2.  On June 9, 2011, Lowenstein Sandler PC filed its Third Monthly Fee Statement as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2011 through May 31, 2011 (the "**Monthly Statement**") [Docket No. 132].

24534/3
07/12/2011 17889659.1

3. Pursuant to the Administrative Order dated April 13, 2011 [Docket No. 105], the deadline to object to the Monthly Statement was June 30, 2011 (the "**Objection Deadline**").

4. No objection or other responsive pleading to the Monthly Statement was filed or received by the Objection Deadline.

5. Pursuant to the Monthly Statement, Lowenstein Sandler PC is owed a total of $9,014.20, comprised of $9,012.00 in fees (80% of the requested fees of $11,265.00) and 100% of the expenses in the amount of $2.20.

I hereby certify that the above statements are true and that if they are willfully false, I am subject to penalty of perjury.

Dated:  July 12, 2011                    **LOWENSTEIN SANDLER PC**

By:   */s/ Nicole Stefanelli*
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor in Possession*