**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | STATE INSULATION CORPORATION | APPLICANT: | LOWENSTEIN SANDLER PC |
| CASE NO.: | 11-15110 (MBK) | CLIENT: | Chapter 11 Debtor |
| CHAPTER: | 11 | CASE FILED: | February 23, 2011 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**
**FOURTH MONTHLY FEE STATEMENT COVERING THE PERIOD**
**MAY 1, 2011 THROUGH MAY 31, 2011**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 124,284.50 | $ 2,318.10 |
| TOTAL FEES ALLOWED TO DATE: | $ 0.00 | $ 0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $ 103,081.75 | $ 0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 24,856.90 | $ 0.00 |
| TOTAL RECEIVED BY APPLICANT | $ 0.00 | $ 0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Dore, Michael | 1975 | Shareholder/Member | 0.50 | $645.00 | $322.50 |
| Jean, Joseph D. | 1998 | Shareholder/Member | 0.60 | 600.00 | 360.00 |
| Prol, Jeffrey D. | 1989 | Shareholder/Member | 3.70 | 550.00 | 2,035.00 |
| Rosen, Kenneth A. | 1979 | Shareholder/Member | 0.60 | 700.00 | 420.00 |
| L'Hernault, Suzanne | 1985 | Senior Counsel | 0.60 | 575.00 | 345.00 |
| Pitta, Thomas A. | 2001 | Counsel | 18.00 | 480.00 | 8,640.00 |
| Stefanelli, Nicole | 2008 | Associate | 7.80 | 310.00 | 2,418.00 |

24534/3
07/15/2011 17940823.1

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| *Stefanelli, Nicole - Travel Time | 2008 | Associate | 3.50 | 155.00 | 542.50 |
| Bonito, Lisa Marie | N/A | Paralegal | 0.40 | 155.00 | 62.00 |
| Claussen, Diane | N/A | Paralegal | 7.80 | 160.00 | 1,312.00 |
| **TOTAL FEES** | | | 43.50 | | **$16,393.00** |
| **Blended Rate** | | | | | **$376.85** |

FEE TOTALS - PAGE 2             $16,393.00
DISBURSEMENTS TOTALS - PAGE 3   $140.59
TOTAL FEE APPLICATION           $16,533.59

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Court Appearance | 1.50 | $465.00 |
| Correspondence Drafted | 4.20 | 1,599.00 |
| Correspondence Reviewed | 0.50 | 240.00 |
| Office Meeting - Third Party | 3.00 | 1,440.00 |
| Office Meeting Staff | 1.60 | 640.00 |
| Out of Office Meeting | 3.00 | 1,650.00 |
| Preparation for Court Appearances and Depositions | 0.50 | 275.00 |
| Prepare Pleadings and Briefs | 18.90 | 6,793.00 |
| Review Documents (i.e. tax forms, monthly reports, etc.) | 3.00 | 1,526.50 |
| Review Pleadings (pleadings which were prepared by parties other than this firm) | 1.30 | 268.00 |
| Telephone Conferences | 2.50 | 954.00 |
| Travel Time | 3.50 | 542.50 |
| **Total** | **43.50** | **$ 16,393.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Miscellaneous | $37.70 |
| Bulk rate/special postage | 2.08 |
| Telecommunications | 91.81 |
| Photocopies 75 pages at $0.12 per page | 9.00 |
| **Total Disbursements** | **$140.59** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED:  February 23, 2011

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: March 21, 2011, effective as of February 23, 2011.

    (ANNEX COPY OF ORDER(S))
    IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
    TO RETENTION, SET FORTH:

(4) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES:    100%
    (B) SECURED CREDITORS:    100% (if applicable)
    (C) PRIORITY CREDITORS:    100 %
    (D) GENERAL UNSECURED CREDITORS:    100 %
    (E) ASBESTOS CREDITORS    To be determined

(5) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 15, 2011

                                        /s/ *Jeffrey D. Prol*
                                        Jeffrey D. Prol, Esq.

-4-

# ATTACHMENT TO MONTHLY FEE STATEMENT
# (RETENTION ORDER)

# EXHIBIT A
# TIME RECORDS

-6-

# EXHIBIT B
# EXPENSE DETAIL