**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

## CERTIFICATION OF SERVICE

I, *DIANE C. CLAUSSEN,* pursuant to 28 U.S.C. § 1746, certify as follows:

1.      I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

2.      On June 16, 2011, I caused a copy of the following document to be served upon all parties on the service list annexed hereto as *Exhibit A* via First Class Mail:

(i) *Monthly Fee Statement For the Month of May 2011 for LOWENSTEIN SANDLER PC.*

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   July 18, 2011                              */s/ Diane C. Claussen*
                                                              Diane C. Claussen

**Exhibit "A"**
**STATE INSULATION CORPORATION**

State Insulation Corporation
525 Johnstone Street
Perth Amboy, NJ 08861
*Chapter 11 Debtor*

Greenbaum, Rowe, Smith & Davis, LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
Attention: Nancy Isaacson, Esq.
*Counsel to the Asbestos Committee*

Litwin & Tierman, P.A.
2 University Plaza
Hackensack, NJ 07601
Attention: Gerald H. Litwin, Esq.
*Counsel to I&G Lending LLC*

Office of the United States Trustee for the District of New Jersey
One Newark Center
Suite 2100
Newark, NJ 07102
*Attention: Fran B. Steele, Esq.*

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel to Knauf Insulation*

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
*Counsel to Direct Coast and Selective Transportation*

Una Y. Kang, Esq.
Saiber, LLC
18 Columbia Turnpike - Suite 200
Florham Park, NJ 07932
*Counsel to Bederson & Company,*
*Legal Representative For Future Asbestos*
*Personal Injury Claimants*