*Order Filed on 7/19/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen, Esq. (KR 4963)<br>Jeffrey D. Prol, Esq. (JP 7454)<br>Thomas A. Pitta, Esq. (TP 3018)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtor and<br>Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(c)(1) AND D.N.J. LBR 9013-1(e) SHORTENING TIME AND LIMITING NOTICE FOR HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §1121(e)(3) EXTENDING THE DEBTOR'S DEADLINE TO CONFIRM ITS <u>PLAN OF REORGANIZATION</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 7/19/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

24534/2
07/18/2011 17972655.1

Page: 2
Debtor: State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption: Order Pursuant to Fed. R. Bankr. P. 9006(c)(1) and D.N.J. LBR 9013-1(e) Shortening Time for Hearing on the Debtor's Motion for an Order Pursuant To Fed. R. Bankr. P. 9006(c)(1) and D.N.J. LBR 9013-1(e) Shortening Time for Hearing on the Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §1121(e)(3) Extending the Debtor's Deadline to Confirm Its Plan of Reorganization

---

**THIS MATTER** having been opened by the above-captioned debtor and debtor-in-possession (the "Debtor") upon the application (the "Application") seeking the entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9013-1(e) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), shortening time and limiting notice for the hearing on its motion (the "Motion") for entry of an order pursuant to section 1121(e)(3) of title 11 of the United States Code (the "Bankruptcy Code") extending the Debtor's deadline to confirm its plan of reorganization; and the Court finding that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no notice hereof is required; and (iv) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Notice of a hearing on the Motion be, and hereby is, shortened pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9013-1(e).

2. A hearing (the "Hearing") on the Motion shall be conducted on July 28, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Michael B. Kaplan, U.S.B.J. at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom #3.

3. Any objections to the Motion may be presented at the Hearing.

4. Court appearances will be required to prosecute the Motion and any objections thereto.

*Approved by Judge Michael Kaplan July 19, 2011*