**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

## CERTIFICATION OF SERVICE

I, *Diane C. Claussen*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

2. On Wednesday, July 20, 2011 I caused copies of the following documents to be served upon all parties on the service list annexed hereto as *Exhibit A* via First Class Mail:

- Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(e)(3) Extending the Debtor's Deadline to Confirm its Plan of Reorganization ("**Motion**") [Docket No. 155]; and

- Order Pursuant to Fed. R. Bank. P. 9006(c)(1) and D.N.J. LBR 9013-1(e) Shortening Time for Hearing on the Debtor's Motion [Docket No. 157].

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: July 20, 2011    */s/ Diane C. Claussen*
                        Diane C. Claussen

**Exhibit "A"**
**STATE INSULATION CORPORATION**
Rule 2002 Service List

| | |
|---|---|
| State Insulation Corporation<br>525 Johnstone Street<br>Perth Amboy, NJ 08861<br>*Chapter 11 Debtor* | United States Trustee<br>U.S. Department of Justice<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq. |
| New Jersey Division of Taxation<br>Attn: Bankruptcy Notices Division<br>50 Barrack Street<br>CN 269<br>Trenton, NJ 08646 | Securities & Exchange Commission<br>Attn: Bankruptcy Notices Division<br>450 Fifth Street NW, Room 6228<br>Mail Stop 6-6<br>Washington, DC 20549 |
| United States Attorney<br>District of New Jersey<br>Attn: Bankruptcy Notices Division<br>970 Broad Street<br>Newark, NJ 07102 | Attorney General of the US<br>Attn: Bankruptcy Notices Division<br>Department of Justice<br>Constitution Avenue & 10th Street NW<br>Washington, DC 20530 |
| Office of the Attorney General<br>Attn: Bankruptcy Notices Division<br>P.O. Box 080<br>Hughes Justice Center<br>25 W. Market Street<br>Trenton, NJ 08625 | Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 |
| Internal Revenue Service<br>Attn: Bankruptcy Notices Division<br>1040 Waverly Avenue<br>Stop 02<br>Holtsville, NY 11742 | Litwin & Tierman, P.A.<br>Attn: Gerald H. Litwin, Esq.<br>2 University Plaza<br>Hackensack, New Jersey 07601,<br>*Counsel for I&G Lending LLC* |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068-3701<br>*Counsel for Asbestos Claimants' Committee* | Federal Insurance Company<br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 |

Centennial Insurance Company
100 Wall Street
New York, NY  10005-3743

Insurance Company of North America
ACE USA
436 Walnut Street
Philadelphia, PA  19106

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel to Knauf Insulation*

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
*Counsel to Direct Coast to Coast LLC*
*and Selective Transportation Corp.*

Edward Bond
Bederson & Company, LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052
*Legal Representative For Future Asbestos*
*Personal Injury Claimants*

Una Y. Kang, Esq.
Saiber, LLC
18 Columbia Turnpike - Suite 200
Florham Park, NJ 07932
*Counsel to Bederson & Company,*
*Legal Representative For Future Asbestos*
*Personal Injury Claimants*