Order Filed on 7/29/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen, Esq. (KR 4963)<br>Jeffrey D. Prol, Esq. (JP 7454)<br>Thomas A. Pitta, Esq. (TP 3018)<br>Nicole Stefanelli, Esq. (NS 4100)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br><br>*Counsel to the Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**ORDER PURSUANT TO 11 U.S.C. § 1121(e)(3) EXTENDING THE DEBTOR'S
DEADLINE TO CONFIRM ITS PLAN OF REORGANIZATION**

The relief set forth on the following page, numbered three (3), is hereby **ORDERED**.

**DATED: 7/29/2011**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

24534/2
07/28/2011 17879736.2

Page:    2
Debtor:  State Insulation Corporation
Case No.: 11-15110 (MBK)
Caption: Order Pursuant to 11 U.S.C. § 1121(e)(3) Extending the Debtor's Deadline to Confirm its Plan of Reorganization

---

**THIS MATTER** having been opened by State Insulation Corporation, the above-captioned debtor and debtor- in-possession (the "Debtor"), upon the motion (the "Motion")[1]; for entry of an order pursuant to section 1121(e)(3) of title 11 of the United States Code (the "Bankruptcy Code") extending the Debtor's deadline to confirm its plan of reorganization (the "Plan"); and the Court having jurisdiction pursuant to sections 157 and 1334 of Title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on July 28, 2011; and the Court having found that the complexities involved in these proceedings warrants the relief sought in the Motion, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1.  The Motion is granted.

2.  The deadline by which the Debtor must confirm its Plan is hereby extended, pursuant to section 1121(e)(3) of the Bankruptcy Code through and including December 20, 2011, without prejudice to the Debtor's right to seek further extensions.

3.  The Debtor shall file and serve an Amended Disclosure Statement by October 20, 2011.

4.  Any objections to the Amended Disclosure Statement must be filed and served by October 31, 2011 at 5:00 p.m.

5.  The Court will conduct a hearing to determine the adequacy of the Amended Disclosure Statement on November 3, 2011 at 10:00 a.m.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

*Approved by Judge Michael Kaplan July  29, 2011*

Page:      3
Debtor:    State Insulation Corporation
Case No.:  11-15110 (MBK)
Caption:   Order Pursuant to 11 U.S.C. § 1121(e)(3) Extending the Debtor's Deadline to Confirm its Plan of Reorganization

---

6. The Debtor's exclusive period within which to file and confirm a plan of reorganization pursuant to section 1121 of the Bankruptcy Code is hereby extended through and including December 20, 2011, without prejudice to the Debtor's right to seek further extensions.

7. This Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

*Approved by Judge Michael Kaplan July 29, 2011*