**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-15110 (MBK) |

**CERTIFICATION OF SERVICE**

    I, *DIANE C. CLAUSSEN,* pursuant to 28 U.S.C. § 1746, certify as follows:

    1.    I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").

    2.    On August 4, 2011, I caused a copy of the following document to be served upon all parties on the service list annexed hereto as ***Exhibit A*** via First Class Mail:

    (i) *First Interim Fee Application of LOWENSTEIN SANDLER PC For the Period of February 23, 2011 through June 30, 2011* [Docket No. 174].

    3.    On August 4, 2011, I caused the foregoing document to be e-filed with the United States Bankruptcy Court for the District of New Jersey and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

4. I further certify that on August 4, 2011, a true and correct copy of the foregoing document was sent to the Chambers of the Honorable Michael B. Kaplan, U.S.B.J., via Federal Express.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: August 4, 2011                            */s/ Diane C. Claussen*
                                                                                   Diane C. Claussen

Exhibit "A"
STATE INSULATION CORPORATION
Rule 2002 Service List

State Insulation Corporation
525 Johnstone Street
Perth Amboy, NJ 08861
*Chapter 11 Debtor*

United States Trustee
U.S. Department of Justice
District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Fran B. Steele, Esq.

New Jersey Division of Taxation
Attn: Bankruptcy Notices Division
50 Barrack Street
CN 269
Trenton, NJ 08646

Securities & Exchange Commission
Attn: Bankruptcy Notices Division
450 Fifth Street NW, Room 6228
Mail Stop 6-6
Washington, DC 20549

United States Attorney
District of New Jersey
Attn: Bankruptcy Notices Division
970 Broad Street
Newark, NJ 07102

Attorney General of the US
Attn: Bankruptcy Notices Division
Department of Justice
Constitution Avenue & 10th Street NW
Washington, DC 20530

Office of the Attorney General
Attn: Bankruptcy Notices Division
P.O. Box 080
Hughes Justice Center
25 W. Market Street
Trenton, NJ 08625

Internal Revenue Service
Attn: Bankruptcy Notices Division
955 S. Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
Attn: Bankruptcy Notices Division
1040 Waverly Avenue
Stop 02
Holtsville, NY 11742

Litwin & Tierman, P.A.
Attn: Gerald H. Litwin, Esq.
1 University Plaza, Suite 408
Hackensack, New Jersey 07601,
*Counsel for I&G Lending LLC*

Nancy Isaacson, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
*Counsel for Asbestos Claimants' Committee*

Federal Insurance Company
Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Centennial Insurance Company
100 Wall Street
New York, NY  10005-3743

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel to Knauf Insulation*

Edward Bond
Bederson & Company, LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052
*Legal Representative For Future Asbestos Personal Injury Claimants*

Insurance Company of North America
ACE USA
436 Walnut Street
Philadelphia, PA  19106

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
*Counsel to Direct Coast to Coast LLC and Selective Transportation Corp.*

Una Y. Kang, Esq.
Saiber, LLC
18 Columbia Turnpike - Suite 200
Florham Park, NJ 07932
*Counsel to Bederson & Company, Legal Representative For Future Asbestos Personal Injury Claimants*