**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Jeffrey D. Prol, Esq. (JP 7454)
Thomas A. Pitta, Esq. (TP 3018)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| STATE INSULATION CORPORATION, | Case No. 11- 15110 (MBK) |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH MONTHLY
FEE STATEMENT OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE
DEBTOR AND DEBTOR IN POSSESSION FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF JUNE 1, 2011 THROUGH JUNE 30, 2011**

**JEFFREY D. PROL, ESQ.,** pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Lowenstein Sandler PC, counsel to the above-captioned debtor and debtor in possession (the "**Debtor**").  I have personal knowledge of the facts set forth herein.

2.      On July 15, 2011, Lowenstein Sandler PC filed its Fourth Monthly Fee Statement as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2011 through June 30, 2011, as amended on July 19, 2011 (the "**Monthly Statement**") [Docket Nos. 153 and 158, respectively].

24534/3
08/15/2011 18106086.1

3.      Pursuant to the Administrative Order dated April 13, 2011 [Docket No. 105], the deadline to object to the Monthly Statement was August 5, 2011 (the "**Objection Deadline**").

4.      No objection or other responsive pleading to the Monthly Statement was filed or received by the Objection Deadline.

5.      Pursuant to the Monthly Statement, Lowenstein Sandler PC is owed a total of $13,254.99, comprised of $13,114.40 in fees (80% of the requested fees of $16,393.00) and 100% of the expenses in the amount of $140.59.

I hereby certify that the above statements are true and that if they are willfully false, I am subject to penalty of perjury.

Dated:  August 15, 2011                          **LOWENSTEIN SANDLER PC**

By:      */s/ Jeffrey D. Prol*
         Kenneth A. Rosen, Esq. (KR 4963)
         Jeffrey D. Prol, Esq. (JP 7454)
         Thomas A. Pitta, Esq. (TP 3018)
         Nicole Stefanelli, Esq. (NS 4100)
         65 Livingston Avenue
         Roseland, New Jersey 07068
         Tel: (973) 597-2500
         Fax: (973) 597-2400
         *Counsel to the Debtor and Debtor in Possession*