UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | State Insulation Corporation |
| CASE NO.: | 11-15110 (MBK) |
| CHAPTER: | 11 |
| APPLICANT: | Greenbaum, Rowe, Smith & Davis LLP |
| CLIENT: | Official Committee of Unsecured Asbestos Claimants |
| CASE FILED: | February 23, 2011 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.
<u>RETENTION ORDER(S) ATTACHED</u>

<u>/s/ Nancy Isaacson    August 30, 2011</u>
Nancy Isaacson            Date

SECTION I. FEE SUMMARY

**AMENDED First Monthly Fee Statement
Covering the Period March 3, 2011 to April 30, 2011**

| | Fees | Expenses |
|---|---|---|
| Total Previous Fee Requested | $00.00 | $00.00 |
| Total Fees Allowed | $00.00 | $00.00 |
| Total Received by Applicant | $00.00 | $00.00 |
| Total Retainer (if applicable) | $00.00 | $00.00 |
| Total Holdback (if applicable) | $00.00 | $00.00 |
| **TOTAL REQUEST THIS APPLICATION** | $8,051.00 | $7.44 |

1317841.02

## SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Nancy Isaacson | 1985 | 20.2 | $375.00 | $7,575.00 |
| Thomas Waldman | 1984 | 1.4 | $340.00 | $ 476.00 |
| **TOTAL FEES** | | **21.6** | | **$8,051.00** |
| TOTAL DISBURSEMENTS | | | | $ 7.44 |
| **TOTAL** | | | | **$8,058.44** |

2

1317841.02

# SECTION II
# SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| a) Asset Analysis and Recovery | 0.0 | $ 00.00 |
| b) Asset Disposition | 0.0 | $ 00.00 |
| c) Business Operations | 0.0 | $ 00.00 |
| d) Case Administration | 8.1 | $3,037.50 |
| e) Claims Administration and Objections | 0.0 | $ 00.00 |
| f) Employee Benefits/Pensions | 0.0 | $ 00.00 |
| g) Fee/Employment Applications | 4.0 | $1,465.00 |
| h) Fee/Employment Objections | 0.0 | $ 00.00 |
| i) Financing | 3.1 | $1,148.50 |
| j) Litigation (other than Avoidance Action Litigation | 0.0 | $ 00.00 |
| k) Avoidance Action Litigation | 0.0 | $ 00.00 |
| l) Meeting of Creditors | 0.0 | $ 00.00 |
| m) Plan and Disclosure Statement | 3.4 | $1,275.00 |
| n) Relief from Stay Proceedings | 0.0 | $ 00.00 |
| o) Regulatory Compliance | 0.0 | $ 00.00 |
| p) Travel (reduced by 50%) | 3.0 | $1,125.00 |
| q) Accounting/Auditing | 0.0 | $ 00.00 |
| r) Business Analysis | 0.0 | $ 00.00 |
| s) Corporate Finance and Valuation | 0.0 | $ 00.00 |
| t) Data Analysis | 0.0 | $ 00.00 |
| u) Litigation Consulting | 0.0 | $ 00.00 |
| v) Reconstruction Accounting | 0.0 | $ 00.00 |
| w) Tax Issues | 0.0 | $ 00.00 |
| x) Other (specify category) | 0.0 | $ 00.00 |
| **SERVICES TOTAL:** | **21.6** | **$8,051.00** |

1317841.02

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| PACER | $7.44 |
| DISBURSEMENTS TOTAL: | $7.44 |

# SECTION III
# CASE HISTORY

(1) Date case filed: February 23, 2011.

(2) Chapter under which case commenced: Chapter 11.

(3) Date of retention: March 24, 2011 nunc pro tunc to March 10, 2011.
(Annex copy of order(s))
If limit on numbers of hours or other limitations to retention, set forth:

4

1317841.02

# EXHIBIT "A"

Case 11-15110-MBK    Doc 180    Filed 08/30/11    Entered 08/30/11 08:54:16    Desc Main
Document      Page 5 of 12

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS, LLP<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-1600<br>Proposed Attorneys for<br>  Official Committee of Unsecured Asbestos Claimants | Order Filed on<br>**3/24/2011**<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
|---|---|
| In Re:<br><br>STATE INSULATION CORPORATION,<br><br>                    Debtor. | Case No. 11-15110 (MBK)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan |

ORDER APPROVING EMPLOYMENT OF GREENBAUM, ROWE, SMITH & DAVIS, LLP
AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through (2)    is
hereby **ORDERED**.

**DATED: 3/24/2011**

                                                                Honorable Michael B. Kaplan
                                                                United States Bankruptcy Judge

1287889.01

(Page 2)
Debtor:
Case No.
Order Approving Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for the Official Committee of Unsecured Asbestos Claimants

Upon consideration of the Application of the Official Committee of Unsecured Asbestos Claimants ("ACC") for the entry of an Order to employ Greenbaum, Rowe, Smith & Davis, LLP, ("GRSD") as attorneys to represent the ACC in the captioned proceedings, and GRSD being a "disinterested person" pursuant to 11 U.S.C. Section 101 (14) and having no adverse interest; and for good cause shown, it is hereby

**ORDERED** that the employment of the firm of GRSD to represent the ACC in these proceedings as their attorneys be, and the same hereby is, approved nunc pro tunc to March 10, 2011 under general retainer; and it is further

**ORDERED** that compensation to GRSD for services rendered and disbursements incurred on behalf of the ACC shall be pursuant to the Application(s) to be submitted to and approved by this Court.

1287889.01

*Approved by Judge Michael Kaplan March 24, 2011*

# EXHIBIT "B"

# Greenbaum, Rowe, Smith & Davis LLP
**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P. O. BOX 5600
WOODBRIDGE, NEW JERSEY 07095-0988
(732) 549-5600

Delivery Address:
99 Wood Avenue South, Iselin, NJ 08830-2712

Federal Tax ID: 22-1544785
Please remit payment to:
Woodbridge Office

ROSELAND OFFICE:
75 LIVINGSTON AVENUE, SUITE 301
ROSELAND, NEW JERSEY 07068-3701

26-Aug-2011

Committee of Unsecured Asbestos Claimants
c/o Deirdre Pacheco, Esq., Chair
Wilentz, Goldman & Spitzer
99 Woodbridge Center Drive
Woodbridge, NJ 07079

Bill Number 3889600

As of 30-Apr-11
00181/00181

22640   Committee of Unsecured Asbestos Claimants
        22640/1  State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03-Mar-2011 | Review motions to limit creditors' comm. formation to asbestos claimants; review motion to pay pre petition trade; | NI | 0.40 | 150.00 |
| 10-Mar-2011 | Review pending motions for 3.11.2011 and UST objection; draft Committee By Laws; draft GRSD retention application and affidavit; | NI | 2.80 | 1050.00 |
| 11-Mar-2011 | Attend hearing re: motion to pay pre petition creditors in the ordinary course and Motion to Prevent formation of Unsecured Creditors' Comm.(2.5); post hearing conference with debtor and counsel (.5); travel to and from Trenton (1.5 reduced by 50%) | NI | 4.50 | 1687.50 |
| 14-Mar-2011 | Revise GRSD retention application and e file same; | NI | 1.20 | 450.00 |
| 15-Mar-2011 | Telephone conference with T. Pitta re: continued cash collateral hearing; | NI | 0.20 | 75.00 |
| 15-Mar-2011 | Confer with N. Isaacson, phone call with Debtor's counsel re: continued cash collateral hearing; | TAW | 0.20 | 68.00 |
| 16-Mar-2011 | Finalize and e file GRSD retention application; review cash collateral order; e mail to counsel re: | NI | 0.80 | 300.00 |

**Greenbaum, Rowe, Smith & Davis LLP**

22640   Committee of Unsecured Asbestos Claimants

As of 30-Apr-11

Bill Number 3889600

22640/1   State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | continued use of cash collateral; | | | |
| 17-Mar-2011 | Confer with N. Isaacson, re: term sheet and review term sheet, confer with N. Isaacson re: continued cash collateral hearing; | TAW | 0.20 | 68.00 |
| 22-Mar-2011 | Review motion for administrative order, email N. Isaacson regarding provisions; | TAW | 0.50 | 170.00 |
| 24-Mar-2011 | Telephone conference with Nicole Stefanelli, re: motion to appoint Mr. Bono as legal representative for future asbestos claimants, review motion papers, confer with N. Isaacson, email to Ms. Stefanelli | TAW | 0.50 | 170.00 |
| 28-Mar-2011 | Telephone conference with T. Petta re: continued use of cash collateral hearing; review cash collateral order; email to D. Pachecho re: same; | NI | 0.80 | 300.00 |
| 29-Mar-2011 | Emails and telephone conferences re: bar date, cash collateral hearing and requested documents; | NI | 0.50 | 187.50 |
| 31-Mar-2011 | Receive and review documents (confidentiality agreement, consent order vacating bar date); email and telephone conference with D. Pachecho re: same; | NI | 0.80 | 300.00 |
| 12-Apr-2011 | Emails to E. Bond and M. Peterson, re: LAS retention (.1), email to D. Pacheco re: confidentiality agreement and RoR (.3) | NI | 0.40 | 150.00 |
| 13-Apr-2011 | Email to and from D. Pacheco re: filed documents (.2), email and phone call T. Pitta, re: POR and DS (filing, payment) (.3), revise return retention application (.4), revise by-laws (.2); | NI | 1.10 | 412.50 |
| 14-Apr-2011 | Email with D. Gross, E. Bond, D. Pacheco and M. Peterson, re: LAS Application | NI | 0.20 | 75.00 |
| 14-Apr-2011 | Review draft plan and disclosure statement (2.5); telephone conference with D. Pacheco re: same (.2); e mail to T. Pitta re: same (.1); e mail to D. Pacheco, E. Bond, D. Gross and M. Peterson re: | NI | 3.00 | 1125.00 |

**Greenbaum, Rowe, Smith & Davis LLP**

22640  Committee of Unsecured Asbestos Claimants

As of 30-Apr-11

Bill Number 3889600

22640/1  State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 15-Apr-2011 | Joint LAS REtention Application (.2); e mails from and to T. Pitta and D. Pacheco re: cash collateral and Plan; email to committee re: draft DS and POR; | NI | 0.30 | 112.50 |
| 18-Apr-2011 | Attend status conference in Trenton, post conference discussion with Debtor's counsel (1.0); travel to and from court (1.5) (reduced by 50%); | NI | 2.50 | 937.50 |
| 21-Apr-2011 | Emails to and from T. Pitta, re: POR and DS, email to E. Bond, D. Gross and M. Peterson, re: status | NI | 0.30 | 112.50 |
| 26-Apr-2011 | Telephone call with D. Gross's office, re: extending application, telephone call D. Pacheco re: State's request for 341 CD; | NI | 0.40 | 150.00 |
| | Total Services | Hours | 21.60 | $8,051.00 |

| Date | Disbursements | | | Value |
|---|---|---|---|---|
| 03-Mar-11 | PACER | | | 3.60 |
| 28-Mar-11 | PACER | | | 3.84 |
| | Total Disbursements | | | $7.44 |

Disbursement Summary

Total for PACER                                    7.44

Summary Disbursement Total                         $7.44

**Greenbaum, Rowe, Smith & Davis LLP**

22640    Committee of Unsecured Asbestos Claimants

As of 30-Apr-11

Bill Number 3889600

22640/1    State Insulation Corp.

| **Total Services and Disbursements** | **$8,058.44** |
|---|---|

*Payment(s) Received Since Last Bill:*    *$0.00*

| **0 - 30 Days** | **31 - 60 Days** | **61 - 90 Days** | **Over 90 Days** | **Total Amt Due** |
|---|---|---|---|---|
| $24,511.36 | $0.00 | $0.00 | $0.00 | **$24,511.36** |