UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:           State Insulation Corporation

CASE NO.:        11-15110 (MBK)

CHAPTER:         11

APPLICANT:       Greenbaum, Rowe, Smith & Davis LLP

CLIENT:          Official Committee of Unsecured Asbestos Claimants

CASE FILED:      February 23, 2011

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.
<u>RETENTION ORDER(S) ATTACHED</u>

/s/ Nancy Isaacson      August 30, 2011
Nancy Isaacson          Date

SECTION I. FEE SUMMARY

**AMENDED Second Monthly Fee Statement
Covering the Period May 2, 2011 to May 31, 2011**

|  | Fees | Expenses |
|---|---|---|
| Total Previous Fee Requested | $8,051.00 | $7.44 |
| Total Fees Allowed | $00.00 | $00.00 |
| Total Received by Applicant | $00.00 | $00.00 |
| Total Retainer (if applicable) | $00.00 | $00.00 |
| Total Holdback (if applicable) | $1,610.20 | $00.00 |
| **TOTAL REQUEST THIS APPLICATION** | $6,687.50 | $72.60 |

1317925.02

## SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Nancy Isaacson | 1985 | 16.8 | $375.00 | $6,300.00 |
| Adrienne Mirabella | Paralegal | 2.5 | $155.00 | $ 387.50 |
| **TOTAL FEES** | | **19.3** | | **$6,687.50** |
| **TOTAL DISBURSEMENTS** | | | | $ 72.60 |
| **TOTAL** | | | | **$6,760.10** |

1317925.02

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| a) Asset Analysis and Recovery | 0.0 | $ 00.00 |
| b) Asset Disposition | 0.0 | $ 00.00 |
| c) Business Operations | 0.0 | $ 00.00 |
| d) Case Administration | 2.8 | $ 500.00 |
| e) Claims Administration and Objections | 0.0 | $ 00.00 |
| f) Employee Benefits/Pensions | 0.0 | $ 00.00 |
| g) Fee/Employment Applications | 0.4 | $ 150.00 |
| h) Fee/Employment Objections | 0.0 | $ 00.00 |
| i) Financing | 0.0 | $ 00.00 |
| j) Litigation (other than Avoidance Action Litigation | 0.0 | $ 00.00 |
| k) Avoidance Action Litigation | 0.0 | $ 00.00 |
| l) Meeting of Creditors | 0.0 | $ 00.00 |
| m) Plan and Disclosure Statement | 15.1 | $5,662.50 |
| n) Relief from Stay Proceedings | 0.0 | $ 00.00 |
| o) Regulatory Compliance | 0.0 | $ 00.00 |
| p) Travel (reduced by 50%) | 1.0 | $ 375.00 |
| q) Accounting/Auditing | 0.0 | $ 00.00 |
| r) Business Analysis | 0.0 | $ 00.00 |
| s) Corporate Finance and Valuation | 0.0 | $ 00.00 |
| t) Data Analysis | 0.0 | $ 00.00 |
| u) Litigation Consulting | 0.0 | $ 00.00 |
| v) Reconstruction Accounting | 0.0 | $ 00.00 |
| w) Tax Issues | 0.0 | $ 00.00 |
| x) Other (specify category) | 0.0 | $ 00.00 |
| **SERVICES TOTAL:** | **19.3** | **$6,687.50** |

1317925.02

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Travel Expenses | $15.00 |
| In House Photocopying (No. of pages: 288  Rate per page $.20) | $57.60 |
| DISBURSEMENTS TOTAL: | $72.60 |

## SECTION III
## CASE HISTORY

(1) Date case filed: February 23, 2011.

(2) Chapter under which case commenced: Chapter 11.

(3) Date of retention: March 24, 2011 nunc pro tunc to March 10, 2011.
(Annex copy of order(s))
If limit on numbers of hours or other limitations to retention, set forth:

4

1317925.02

# EXHIBIT "A"

Order Filed on
**3/24/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS, LLP<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-1600<br>Proposed Attorneys for<br>  Official Committee of Unsecured Asbestos Claimants | |
|---|---|
| In Re:<br><br>STATE INSULATION CORPORATION,<br><br>                              Debtor. | Case No. 11-15110 (MBK)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan |

### ORDER APPROVING EMPLOYMENT OF GREENBAUM, ROWE, SMITH & DAVIS, LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through (2)    is hereby **ORDERED**.

**DATED: 3/24/2011**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1287889.01

(Page 2)
Debtor:
Case No.
Order Approving Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for the Official Committee of Unsecured Asbestos Claimants

Upon consideration of the Application of the Official Committee of Unsecured Asbestos Claimants ("ACC") for the entry of an Order to employ Greenbaum, Rowe, Smith & Davis, LLP, ("GRSD") as attorneys to represent the ACC in the captioned proceedings, and GRSD being a "disinterested person" pursuant to 11 U.S.C. Section 101 (14) and having no adverse interest; and for good cause shown, it is hereby

**ORDERED** that the employment of the firm of GRSD to represent the ACC in these proceedings as their attorneys be, and the same hereby is, approved nunc pro tunc to March 10, 2011 under general retainer; and it is further

**ORDERED** that compensation to GRSD for services rendered and disbursements incurred on behalf of the ACC shall be pursuant to the Application(s) to be submitted to and approved by this Court.

1287889.01

*Approved by Judge Michael Kaplan March 24, 2011*

# EXHIBIT "B"

Case 11-15110-MBK    Doc 181    Filed 08/30/11    Entered 08/30/11 08:55:27    Desc Main
Document    Page 8 of 11

# Greenbaum, Rowe, Smith & Davis LLP
**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P. O. BOX 5600
WOODBRIDGE, NEW JERSEY 07095-0988
(732) 549-5600

Delivery Address:
99 Wood Avenue South, Iselin, NJ 08830-2712

Federal Tax ID: 22-1544785
Please remit payment to:
Woodbridge Office

ROSELAND OFFICE:
75 LIVINGSTON AVENUE, SUITE 301
ROSELAND, NEW JERSEY 07068-3701

24-Aug-2011

Committee of Unsecured Asbestos Claimants
c/o Deirdre Pacheco, Esq., Chair
Wilentz, Goldman & Spitzer
99 Woodbridge Center Drive
Woodbridge, NJ 07079

Bill Number 3889491

As of 31-May-11
00181/00181

22640   Committee of Unsecured Asbestos Claimants
    22640/1 State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02-May-2011 | Attend meeting with D. Pacheco, re: review/revisions to POR (2.5), travel to Wilentz's office (1.0 | NI | 3.50 | 1312.50 |
| 03-May-2011 | Meet with D. Pacheco to review POR, glossary and DS; | NI | 2.00 | 750.00 |
| 11-May-2011 | Draft memo to D. Pacheco, re: DS and POR; | NI | 1.50 | 562.50 |
| 12-May-2011 | Telephone call with E. Bond, email from and to J. Pitta, telephone conference with D. Pacheco, re: same (.2), telephone call with J. Pooll, re: same (.1), email from and to T. Pitta, re: time for response to DS/POR (.2), telephone call and email with M. Peterson, re: LAS (.2); | NI | 0.70 | 262.50 |
| 16-May-2011 | Continue preparation of Memo, re: DS and POR; | NI | 4.50 | 1687.50 |
| 17-May-2011 | Finalize POR/DS memorandum; email same, to FCR and Committee (1.5), draft joint privilege documents (.2); | NI | 1.70 | 637.50 |
| 18-May-2011 | Meet with Ed bond, D. Pacheco and D. Gross, re: draft of POR and DS (1.5), follow-up emails to meeting (.5), email from and to P. Pitta, re: ACC/FER meeting (.2), review April MOR and forward to E. Bond (.2); | NI | 2.40 | 900.00 |

**Greenbaum, Rowe, Smith & Davis LLP**

22640   Committee of Unsecured Asbestos Claimants

As of 31-May-11

Bill Number 3889491

22640/1   State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 19-May-2011 | Telephone call with J. Pitta, re: email request (.2), email and telephone call with M. Peterson, re: retention (.2), revise Peterson's certification (.2), email to ACC/FER, re: same; (.1); | NI | 0.50 | 187.50 |
| 24-May-2011 | Electronically file retention application for LAS, prepare Service List, effect service of same, prepare and file Certification of Service; | AAM | 2.50 | 387.50 |
|  | Total Services | Hours 19.30 |  | $6,687.50 |

| Date | Disbursements | Value |
|---|---|---|
| 18-May-11 | Photocopies | 57.60 |
| 04-Mar-11 | Travel | 15.00 |
|  | Total Disbursements | $72.60 |

Disbursement Summary

| Total for Photocopies | 57.60 |
|---|---|
| Total for Travel | 15.00 |
| Summary Disbursement Total | $72.60 |

**Total Services and Disbursements**                                             **$6,760.10**

*Payment(s) Received Since Last Bill:*   *$0.00*

| **0 - 30 Days** | **31 - 60 Days** | **61 - 90 Days** | **Over 90 Days** | **Total Amt Due** |
|---|---|---|---|---|

**Greenbaum, Rowe, Smith & Davis LLP**

22640   Committee of Unsecured Asbestos Claimants

As of 31-May-11

Bill Number 3889491

22640/1   State Insulation Corp.

| | | | | |
|---|---|---|---|---|
| $25,073.86 | $0.00 | $0.00 | $0.00 | **$25,073.86** |