UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | State Insulation Corporation |
| CASE NO.: | 11-15110 (MBK) |
| CHAPTER: | 11 |
| APPLICANT: | Greenbaum, Rowe, Smith & Davis LLP |
| CLIENT: | Official Committee of Unsecured Asbestos Claimants |
| CASE FILED: | February 23, 2011 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746. <u>RETENTION ORDER(S) ATTACHED</u>

/s/ Nancy Isaacson    August 30, 2011
Nancy Isaacson         Date

SECTION I. FEE SUMMARY

**Third Monthly Fee Statement
Covering the Period June 1, 2011 to July 31, 2011**

| | **Fees** | **Expenses** |
|---|---|---|
| Total Previous Fee Requested | $14,738.50 | $80.04 |
| Total Fees Allowed | $00.00 | $00.00 |
| Total Received by Applicant | $00.00 | $00.00 |
| Total Retainer (if applicable) | $00.00 | $00.00 |
| Total Holdback (if applicable) | $2,947.70 | $00.00 |
| **TOTAL REQUEST THIS APPLICATION** | $9,060.00 | $70.32 |

1327899.01

## SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Nancy Isaacson | 1985 | 22.3 | $375.00 | $8,362.50 |
| Adrienne Mirabella | Paralegal | 4.5 | $155.00 | $ 697.50 |
| **TOTAL FEES** | | **26.8** | | **$9,060.00** |
| TOTAL DISBURSEMENTS | | | | $ 70.32 |
| **TOTAL** | | | | $9,130.32 |

1327899.01

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| a) Asset Analysis and Recovery | 0.0 | $   00.00 |
| b) Asset Disposition | 0.0 | $   00.00 |
| c) Business Operations | 0.0 | $   00.00 |
| d) Case Administration | 2.3 | $  862.50 |
| e) Claims Administration and Objections | 0.0 | $   00.00 |
| f) Employee Benefits/Pensions | 0.0 | $   00.00 |
| g) Fee/Employment Applications | 7.6 | $1,860.00 |
| h) Fee/Employment Objections | 0.0 | $   00.00 |
| i) Financing | 0.0 | $   00.00 |
| j) Litigation (other than Avoidance Action Litigation | 0.0 | $   00.00 |
| k) Avoidance Action Litigation | 0.0 | $   00.00 |
| l) Meeting of Creditors | 0.0 | $   00.00 |
| m) Plan and Disclosure Statement | 15.4 | $5,775.00 |
| n) Relief from Stay Proceedings | 0.0 | $   00.00 |
| o) Regulatory Compliance | 0.0 | $   00.00 |
| p) Travel (reduced by 50%) | 1.5 | $  562.50 |
| q) Accounting/Auditing | 0.0 | $   00.00 |
| r) Business Analysis | 0.0 | $   00.00 |
| s) Corporate Finance and Valuation | 0.0 | $   00.00 |
| t) Data Analysis | 0.0 | $   00.00 |
| u) Litigation Consulting | 0.0 | $   00.00 |
| v) Reconstruction Accounting | 0.0 | $   00.00 |
| w) Tax Issues | 0.0 | $   00.00 |
| x) Other (specify category) | 0.0 | $   00.00 |
| **SERVICES TOTAL:** | **26.8** | **$9,060.00** |

1327899.01

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Travel Expenses | $ 6.00 |
| In House Photocopying (No. of pages: 118 Rate per page $.20) | $23.60 |
| PACER | $40.72 |
| DISBURSEMENTS TOTAL: | $70.32 |

## SECTION III
## CASE HISTORY

(1) Date case filed: February 23, 2011.

(2) Chapter under which case commenced: Chapter 11.

(3) Date of retention: March 24, 2011 nunc pro tunc to March 10, 2011.
(Annex copy of order(s))
If limit on numbers of hours or other limitations to retention, set forth:

4

1327899.01

# EXHIBIT "A"

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS, LLP<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-1600<br>Proposed Attorneys for<br>  Official Committee of Unsecured Asbestos Claimants | Order Filed on<br>**3/24/2011**<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
|---|---|
| In Re:<br><br>STATE INSULATION CORPORATION,<br><br>                              Debtor. | Case No. 11-15110 (MBK)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan |

ORDER APPROVING EMPLOYMENT OF GREENBAUM, ROWE, SMITH & DAVIS, LLP
AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED ASBESTOS CLAIMANTS

The relief set forth on the following pages, numbered two (2) through (2)     is
hereby **ORDERED**.

**DATED: 3/24/2011**

                                                                                    /s/ Michael B. Kaplan
                                                                                    Honorable Michael B. Kaplan
                                                                                    United States Bankruptcy Judge

1287889.01

(Page 2)
Debtor:
Case No.
Order Approving Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for the Official Committee of Unsecured Asbestos Claimants

Upon consideration of the Application of the Official Committee of Unsecured Asbestos Claimants ("ACC") for the entry of an Order to employ Greenbaum, Rowe, Smith & Davis, LLP, ("GRSD") as attorneys to represent the ACC in the captioned proceedings, and GRSD being a "disinterested person" pursuant to 11 U.S.C. Section 101 (14) and having no adverse interest; and for good cause shown, it is hereby

**ORDERED** that the employment of the firm of GRSD to represent the ACC in these proceedings as their attorneys be, and the same hereby is, approved nunc pro tunc to March 10, 2011 under general retainer; and it is further

**ORDERED** that compensation to GRSD for services rendered and disbursements incurred on behalf of the ACC shall be pursuant to the Application(s) to be submitted to and approved by this Court.

1287889.01

*Approved by Judge Michael Kaplan March 24, 2011*

# EXHIBIT "B"

Case 11-15110-MBK    Doc 182    Filed 08/30/11    Entered 08/30/11 09:07:50    Desc Main
Document      Page 8 of 11

# Greenbaum, Rowe, Smith & Davis LLP
**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P. O. BOX 5600
WOODBRIDGE, NEW JERSEY 07095-0988
(732) 549-5600

Delivery Address:
99 Wood Avenue South, Iselin, NJ 08830-2712

Federal Tax ID: 22-1544785
Please remit payment to:
Woodbridge Office

ROSELAND OFFICE:
75 LIVINGSTON AVENUE, SUITE 301
ROSELAND, NEW JERSEY 07068-3701

26-Aug-2011

Committee of Unsecured Asbestos Claimants
c/o Deirdre Pacheco, Esq., Chair
Wilentz, Goldman & Spitzer
99 Woodbridge Center Drive
Woodbridge, NJ 07079

Bill Number 3889603

As of 31-Jul-11
00181/00181

22640   Committee of Unsecured Asbestos Claimants
    22640/1  State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06-Jun-2011 | Prepare correspondence to R. Kreiger, re: Watts' litigation; | NI | 0.20 | 75.00 |
| 08-Jun-2011 | Prepare for meeting, re: POR and DS; | NI | 1.10 | 412.50 |
| 08-Jun-2011 | Attend meeting, re: POR and DS (Debtor, FER, ACC and counsel); | NI | 3.00 | 1125.00 |
| 13-Jun-2011 | Prepare joint application to retain Bederson as financial advisor; | NI | 1.50 | 562.50 |
| 23-Jun-2011 | Telephone call with D. Pacheco, re: status, efile Joint Application to Retain Bederson; | NI | 0.50 | 187.50 |
| 28-Jun-2011 | Meet with D. Pacheco; | NI | 4.00 | 1500.00 |
| 29-Jun-2011 | Receipt and review of blacklined Disclosure Statement (.3), telephone call with T. Pitta, re: next retention (.2), telephone call and email with D. Pacheco, re: status (.5), telephone call with Ed Bond, David Gross and Dierdra Pacheco, re: comments to filed POR/DS (.5), prepare memo to T. Pitta (.4); | NI | 1.90 | 712.50 |
| 05-Jul-2011 | Prepare monthly fee statements; | AAM | 3.00 | 465.00 |
| 08-Jul-2011 | Email to D. Pacheco, re: voting; | NI | 0.10 | 37.50 |
| 12-Jul-2011 | Telephone call with D. Pacheco, re: Mealey's report (.2), emails to D. Gross and E. Bond, re: | NI | 0.30 | 112.50 |

**Greenbaum, Rowe, Smith & Davis LLP**

22640  Committee of Unsecured Asbestos Claimants

As of 31-Jul-11

Bill Number 3889603

22640/1  State Insulation Corp.

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | same (.1); | | | |
| 13-Jul-2011 | Attention to status, email to Pitta, re: comments to POR/DS; | NI | 0.40 | 150.00 |
| 20-Jul-2011 | Finalize March/April/May GRSD monthly statements; | NI | 1.10 | 412.50 |
| 21-Jul-2011 | Telephone call with D. Pacheco, re: objections to DS/POR (.2), draft objections to DS/POR (1.2), receive and review of June MOR (.2 | NI | 1.60 | 600.00 |
| 22-Jul-2011 | Finalize and efile Objections to DS/POR; | NI | 0.40 | 150.00 |
| 27-Jul-2011 | Revise and finalize monthly fee statements; electronically file same; prepare service list; effect service of same; prepare and file certification of service; | AAM | 1.50 | 232.50 |
| 28-Jul-2011 | Attend to Motion to Extend date to confirm Plan; | NI | 1.00 | 375.00 |
| 28-Jul-2011 | Travel to and from motion hearing, reduced by 50%; | NI | 1.50 | 562.50 |
| 28-Jul-2011 | Email to client, re: hearing results, email to D. Gross, re: insurance documents; | NI | 0.30 | 112.50 |
| 28-Jul-2011 | Review and revise proposed order, re: extending time, email to and from D. Pacheco and N. Stefanelli and telephone call with N. Stefanelli; | NI | 0.60 | 225.00 |
| 28-Jul-2011 | Prepare Confidentiality Agreement (Peterson and claimants counsel); | NI | 1.00 | 375.00 |
| 29-Jul-2011 | Finalize Confidentiality Agreement, forward to Committee and M. Peterson | NI | 0.50 | 187.50 |
| 29-Jul-2011 | Telephone call with T. Pitta, re: revisions to DS and process moving forward (.2), email to D. Pacheco, re: same (.1), telephone call with D. Pacheco, re: foreign claim issue (.1), review various trust formats (.8), email confidentiality agreement (.1) | NI | 1.30 | 487.50 |
| | Total Services | | Hours 26.80 | $9,060.00 |

**Greenbaum, Rowe, Smith & Davis LLP**

22640   Committee of Unsecured Asbestos Claimants

As of 31-Jul-11

Bill Number 3889603

22640/1   State Insulation Corp.

| Date | Disbursements | Value |
|---|---|---|
| 01-Apr-11 | PACER | 4.16 |
| 18-May-11 | PACER | 24.24 |
| 14-Jun-11 | PACER | 12.32 |
| 31-Jul-11 | Photocopies | 23.60 |
| 31-Jul-11 | Travel Expenses | 6.00 |
| | Total Disbursements | $70.32 |

| Disbursement Summary | |
|---|---|
| Total for PACER | 40.72 |
| Total for Photocopies | 23.60 |
| Total for Travel Expenses | 6.00 |
| Summary Disbursement Total | $70.32 |
| **Total Services and Disbursements** | **$9,130.32** |

*Payment(s) Received Since Last Bill:*   $0.00

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total Amt Due |
|---|---|---|---|---|
| $23,948.86 | $0.00 | $0.00 | $0.00 | **$23,948.86** |