| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| NANCY ISAACSON, ESQ. (NI/1325) **GREENBAUM, ROWE, SMITH & DAVIS LLP** 75 Livingston Avenue - Suite 301 Roseland, New Jersey 07068-3701 (973) 535-1600 Counsel for Official Committee of Unsecured Asbestos Claimants |
| In re: STATE INSULATION CORPORATION, Debtor. |

Chapter 11 Proceeding

Case No.: 11-15110 (MBK)

## CERTIFICATION OF SERVICE

**ADRIENNE MIRABELLA,** of full age, certifies and says as follows:

1. I am a Paralegal employed by the law firm of Greenbaum, Rowe, Smith & Davis LLP, counsel to the Official Committee of Unsecured Asbestos Claimants.

2. On August 30, 2011, a Monthly Fee Statement for the period June 1, 2011 through July 31, 2011 was filed electronically with the Court (Docket No. 182).

3. On August 30, 2011, I caused a copy of the aforementioned Monthly Fee Statement to be served upon the parties on the attached service list in the manner so indicated.

/s/ Adrienne Mirabella
Adrienne Mirabella

Dated: August 30, 2011

1323200.02

# Exhibit "A"
## STATE INSULATION CORPORATION
Rule 2002 Service List

State Insulation Corporation
Attn: George Lionikis, Jr
525 Johnstone Street
Perth Amboy, NJ 08861
*Chapter 11 Debtor*
*Via First Class Mail-Postage Prepaid*

Kenneth Rosen
Thomas Pitta
Nicole Stefanelli
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Counsel for Debtor
*Via ECF*

United States Trustee
U.S. Department of Justice
District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Fran B. Steele, Esq.
*Via First Class Mail-Postage Prepaid*

Litwin & Tierman, P.A.
Attn: Gerald H. Litwin, Esq.
2 University Plaza
Hackensack, New Jersey 07601,
*Counsel for I&G Lending LLC*
*Via First Class Mail-Postage Prepaid*

Raymond H. Lemisch, Esq.
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel to Knauf Insulation*
*VIA ECF*

Ronald Horowitz, Esq.
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
*Counsel to Direct Coast to Coast LLC*
*and Selective Transportation Corp.*
*Via First Class Mail-Postage Prepaid*

2

Una Y. Kang, Esq.
Saiber, LLC
18 Columbia Turnpike - Suite 200
Florham Park, NJ 07932
*Counsel to Bederson & Company,*
*Legal Representative For Future Asbestos*
*Personal Injury Claimants*
*VIA ECF*

2