| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>**GREENBAUM, ROWE, SMITH & DAVIS LLP**<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068-3701<br>(973) 535-1600<br>Counsel for Official Committee of<br>    Unsecured Asbestos Claimants |
| In re:<br><br>STATE INSULATION CORPORATION,<br><br>                  Debtor. |

Chapter 11 Proceeding

Case No.:  11-15110 (MBK)

## CERTIFICATION OF NO OBJECTION TO SECOND MONTHLY FEE STATEMENT OF GREENBAUM, ROWE, SMITH & DAVIS, LLP, ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED ASBESTOS <u>CLAIMANTS</u>

**NANCY ISAACSON,** of full age, certifies and says as follows:

1.      I am an attorney at law of the State of New Jersey and a partner with the law firm of Greenbaum, Rowe, Smith and Davis LLP, ("Greenbaum") attorneys for the Official Committee of Unsecured Asbestos Claimants.

2.      On April 13, 2011, this Court entered an Order entitled "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses to Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331" (the "Administrative Order").

3.      In accordance with the Administrative Order, each Notice Party shall have twenty one (21) days after service of the monthly fee statement to object.  Upon expiration of the objection deadline, the Professional may file a certification of no objection.

1327858.02

4.     On July 27, 2011, Greenbaum filed its Second Monthly Fee Statement ("Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses for the period May 2, 2011 to May 31, 2011, as amended August 30, 2011 to reduce travel time by 50% (Docket Nos. 165 and 181).  Pursuant to the Administrative Order, objections would have been due by August 18, 2011.

5.     On July 27, 2011, a Certification of Service was filed with the Court indicating that all parties were served with the Monthly Fee Statement for Greenbaum as required by the Administrative Order (Docket No. 166).

6.     To the best of my knowledge and belief no objections to the Monthly Fee Statement were filed.

7.     Pursuant to the Monthly Fee Statement, Greenbaum is owed a total of $5,422.60 which is comprised of the $5,350 in fees (80% of the requested fees of $6,687.50) and 100% of the requested expenses in the amount of $72.60.

8.     I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____ */s/ Nancy Isaacson*___
Nancy Isaacson

**Dated: August 30, 2011**

2

1327858.02